**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Missouri**

Case number *(If known)*: _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Double Helix Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | **dba KDHX Community Media** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-7170474** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3524 Washington Ave** | |
| Number    Street | Number    Street |
| **Saint Louis    MO    63103** | **Saint Louis    MO    63103** |
| City    State    Zip Code | City    State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **ST. LOUIS CITY** | |
| County | Number    Street |
| | |
| | City    State    Zip Code |

5. **Debtor's website (URL)**    _____

Debtor __Double Helix Corporation__   Case number *(if known)* _____
     Name

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business:**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor __Double Helix Corporation__    Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When __/__/____ Case number _____ |
| | | District _____ When __/__/____ Case number _____ |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When __/__/____ |
| | | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (Check all that apply.) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number       Street |
| | | _____ |
| | | City       State    ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

Debtor  **Double Helix Corporation**                                       Case number *(if known)* _____
      Name

|  | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

|  | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3/10/2025**
              MM / DD / YYYY

✗ **/s/ Kelly K Wells**                          **Kelly K Wells**
  Signature of authorized representative of debtor   Printed name

  Title   **Executive Director**

| Debtor | **Double Helix Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**18.   Signature of attorney**

☒ **/s/ Robert Eggmann**          Date  **3/10/2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Robert Eggmann**
Printed name

**Robert Eggmann**
Firm name

**Carmody MacDonald P.C.**
Number        Street

**Saint Louis**                **MO**          **63105**
City                          State          ZIP Code

**(314) 854-8600**                **ree@carmodymacdonald.com**
Contact Phone                    Email address

**37374**                        **Missouri**
Bar number                       State

# United States Bankruptcy Court

## Eastern District of Missouri

In re   **Double Helix Corporation**
                                  Debtor(s)

Case No.   _____
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **3/10/2025**

/s/ Kelly K Wells
**Kelly K Wells**
Signature of Debtor

3526 Washington LLC
50 Picardy Lane
Saint Louis, MO 63124


A&W Lawn & Landscaping
5430 Amber Meadows Dr.
Imperial, MO 63052


Aetna Health, Inc
151 Farmington Ave
Hartford, CT 06156


AHC Consulting
567 Hanley Industrial Court
Saint Louis, MO 63144


Alliance Systems
999 Executive Parkway Drive, Ste. 320
Saint Louis, MO 63141


Alliant Insurance Services, Inc
18100 Von Karman Ave.
Irvine, CA 92612


Ameren
PO Box 88034
Chicago, IL 60680-1034


Ameren
PO Box 88068
Chicago, IL 60680-1068


Andrea E. Dunn
2617 Louisiana
Saint Louis, MO 63118

**AT&T**
P.O. Box 5014
Carol Stream, IL 60197

**AT&T**
PO BOX 5014
Carol Stream, IL 60197

**Bourgeois Door Company**
P.O. Box 270066
Saint Louis, MO 63127

**Brown Dog Networks**
1733 Chase Dr.
Fenton, MO 63026

**Chase Cardmember Service**
P.O. Box 15123
Wilmington, DE 19850-5123

**Da-Com**
5317 Knights of Columbus Dr.
Saint Louis, MO 63119

**Engineered Fire Protection, Inc.**
230 Sovereign Court
Ballwin, MO 63011

**F. E. W. CPAs**
6240 S. Lindbergh, Suite 101
Saint Louis, MO 63123

**Financing Solutions**
3773 Howard Hughes Parkway, Ste. 500S
Las Vegas, NV 89169-6014

Copyright © Financial Software Solutions, LLC

First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062-7917


Foster Garvey
1111 Third Avenue, Ste. 3000
Seattle, WA 98101


Gladiator Consulting
4265 Russell Blvd.
Saint Louis, MO 63110


Happy Roof Company
3106 Ivanhoe Ave.
Saint Louis, MO 63139


Hoffman Brothers STL
1025 Hanley Industrial Court
Saint Louis, MO 63144


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jackson Lewis PC
1 N. Brentwood Blvd., Ste. 1150
Saint Louis, MO 63105


Jesse M. Hebisen
914 N. Elm
Saint Louis, MO 63119


John McNeely
963 Quail Terrace Ct., Apt. D
Ballwin, MO 63021

Copyright © Financial Software Solutions, LLC

Jon K. Valley
416 Valley View Drive
East Alton, IL 62024


K-Love, Inc.
c/o Andrew Magdy
Summers Compton Wells PC
903 S. Lindbergh Blvd., #200
Saint Louis, MO 63131


Kelly K. Wells
3161 Michigan Ave.
Saint Louis, MO 63118


Ken Kranzberg Revocable Trust
50 Picardy Lane
Saint Louis, MO 63124


Mark Hamlin
P.O. Box 98
Lake Ozark, MO 65049


Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105


Nathaniel M. Knoll
4 Ola Ave.
Saint Louis, MO 63119


Natural Broadcast Systems, Inc.
P.O. Box 761205
San Antonio, TX 78245

Copyright © Financial Software Solutions, LLC

Peoplekeep, Inc
3267 E 3300 S Suite 526
Salt Lake City, UT 84109


Principal Financial Group, Inc
711 High Street
Des Moines, IA 50392


Ralph Brancato
2916 Concordia Lane
Saint Charles, MO 63301


Ronnie D. Wisdom Jr.
6437 Mardel
Saint Louis, MO 63109


S&H Parking Systems
1325 N. 10th St.
Saint Louis, MO 63106


Sandberg, Phoenix & Von Gontard P.C.
701 Market Street, Suite 600
Saint Louis, MO 63101


Superior Elevator Inspectors
319 Summit Road
Fenton, MO 63026


Swift Print Communications
1248 Research Blvd.
Saint Louis, MO 63132


The Hartford Insurance
One Hartford Plaza
Hartford, CT 06155

Copyright © Financial Software Solutions, LLC

**Tueth Keeney Cooper Mohan Jackstadt P.C.**
**34 N. Meramec Ave., Ste. 600**
**Saint Louis, MO 63105**