UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| DOUBLE HELIX CORPORATION, | ) | Case No.: 25-40745 |
| d/b/a KDHX COMMUNITY MEDIA, | ) | |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS**

COMES NOW Andrew R. Magdy, pursuant to Bankruptcy Rule 9010(b) and Local Rule 9010-1(a), and hereby enters his appearance as counsel for Proposed DIP Lender K-Love, Inc. Listed below is the additional information required by Bankruptcy Rule 9010(b).

Andrew R. Magdy, Esq.
Summers Compton Wells, LLC
903 S. Lindbergh Blvd., #200
St. Louis, MO 6313
Tel: (314) 991-4999
Email: amagdy@summerscomptonwells.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders, and order which are filed with this Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor, be mailed to Counsel at the above address.

SUMMERS COMPTON WELLS LLC

By: /s/ Andrew R. Magdy
Andrew R. Magdy, #60390
903 S. Lindbergh Blvd., #200
St. Louis, MO 63131
Tel: (314) 991-4999
amagdy@summerscomptonwells.com

COUNSEL FOR K-LOVE, INC.

1

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 10th day of March, 2025, upon all counsel of record.

                                                                 /s/ *Andrew R. Magdy*