Fill in this information to identify the case and this filing:

Debtor Name   __Double Helix Corporation__

United States Bankruptcy Court for the:   __Eastern District of Missouri__

Case number (If known):   __25-40745__

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __3/10/2025__
                       MM/DD/YYYY

✗ __/s/ Kelly K Wells__
Signature of individual signing on behalf of debtor

__Kelly K Wells__
Printed name

__Executive Director__
Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name   **Double Helix Corporation**

United States Bankruptcy Court for the:   **Eastern District of Missouri**

Case number (*If known*):   **25-40745**

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mark Hamlin<br>P.O. Box 98<br>Lake Ozark, MO 65049 | Mark Hamlin<br>() - | Construction Loan | | | | $120,000.00 |
| 2 | AHC Consulting<br>567 Hanley Industrial Court<br>Saint Louis, MO 63144 | AHC Consulting<br>() - | Consulting Service | | | | $79,060.00 |
| 3 | Kelly K. Wells<br>3161 Michigan Ave.<br>Saint Louis, MO 63118 | Kelly K. Wells<br>() - | Wages, Salaries, and Commissions | | | | $73,381.95 |
| 4 | Financing Solutions<br>3773 Howard Hughes Parkway, Ste. 500S<br>Las Vegas, NV 89169-6014 | Financing Solutions<br>() - | Line of Credit | | | | $61,000.00 |
| 5 | Ronnie D. Wisdom Jr.<br>6437 Mardel<br>Saint Louis, MO 63109 | Ronnie D. Wisdom Jr.<br>() - | Wages, Salaries, and Commissions | | | | $51,506.85 |

| | Debtor | Double Helix Corporation | | Case number *(if known)* | 25-40745 | |
|---|---|---|---|---|---|---|
| | | Name | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Chase Cardmember Service<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Chase Cardmember Service<br>() - | Credit Card | | | $46,633.42 |
| 7 | Andrea E. Dunn<br>2617 Louisiana<br>Saint Louis, MO 63118 | Andrea E. Dunn<br>() - | Wages, Salaries, and Commissions | | | $38,504.60 |
| 8 | Jesse M. Hebisen<br>914 N. Elm<br>Saint Louis, MO 63119 | Jesse M. Hebisen<br>() - | Wages, Salaries, and Commissions | | | $38,069.40 |
| 9 | Sandberg, Phoenix & Von Gontard P.C.<br>701 Market Street, Suite 600<br>Saint Louis, MO 63101 | Sandberg, Phoenix & Von Gontard P.C.<br>() - | Corporate Attorney | | | $37,697.71 |
| 10 | Jon K. Valley<br>416 Valley View Drive<br>East Alton, IL 62024 | Jon K. Valley<br>() - | Wages, Salaries, and Commissions | | | $36,862.18 |
| 11 | Nathaniel M. Knoll<br>4 Ola Ave.<br>Saint Louis, MO 63119 | Nathaniel M. Knoll<br>() - | Wages, Salaries, and Commissions | | | $36,862.18 |
| 12 | Foster Garvey<br>1111 Third Avenue, Ste. 3000<br>Seattle, WA 98101 | Foster Garvey<br>() - | FCC Attorney | | | $14,785.77 |
| 13 | Jackson Lewis PC<br>1 N. Brentwood Blvd., Ste. 1150<br>Saint Louis, MO 63105 | Jackson Lewis PC<br>() - | Employment Attorney | | | $13,821.50 |
| 14 | Swift Print Communications<br>1248 Research Blvd.<br>Saint Louis, MO 63132 | Swift Print Communications<br>() - | Mail House | | | $13,725.84 |
| 15 | Gladiator Consulting<br>4265 Russell Blvd.<br>Saint Louis, MO 63110 | Gladiator Consulting<br>() - | Strategic Planning Consultants | | | $13,500.00 |
| 16 | F. E. W. CPAs<br>6240 S. Lindbergh, Suite 101<br>Saint Louis, MO 63123 | F. E. W. CPAs<br>() - | Accounting | | | $9,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | **Alliance Systems**<br>999 Executive Parkway Drive, Ste. 320<br>Saint Louis, MO 63141 | **Alliance Systems**<br>() - | Web Developers | | | $6,625.00 |
| 18 | **Ralph Brancato**<br>2916 Concordia Lane<br>Saint Charles, MO 63301 | **Ralph Brancato**<br>() - | Wages, Salaries, and Commissions | | | $5,250.00 |
| 19 | **Ameren**<br>PO Box 88068<br>Chicago, IL 60680-1068 | **Ameren**<br>(877) 426-6373 | Utility | | | $5,177.36 |
| 20 | **First Insurance Funding**<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062-7917 | **First Insurance Funding**<br>() - | Property Insurance | | | $4,606.19 |