# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| DOUBLE HELIX CORPORATION | ) | Case No.  25-40745-659 |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS, PAPERS AND ORDERS

PLEASE TAKE NOTICE AND BE ADVISED that the undersigned attorney hereby appears as counsel for Jerry Jensen, the Acting United States Trustee (the "U.S. Trustee") for Region 13.  Pursuant to 11 U.S.C. §§ 342, 307 and 1109(B) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or required to be given and all papers filed, served or requested to be served in this case, be given and be served upon:

**Paul A. Randolph**
**Assistant U. S. Trustee**
**Office of the U.S. Trustee**
**111 South 10th Street, Suite 6.353**
**St. Louis, MO  63102**
**(314) 539-2984**
**(314) 539-2990 (facsimile)**
Paul.A.Randolph@usdoj.gov

PLEASE BE ADVISED AND TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, and the Local Rules for the Eastern District of Missouri, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, electronic mail or transmission or otherwise.

JERRY JENSEN
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE

_____
Paul A. Randolph, Assistant U. S. Trustee
E. D. MO #506384 / Arizona Bar #AZ-011952
Office of United States Trustee
Thomas F. Eagleton Courthouse
111 So. 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2984 Phone / (314) 539-2990 Fax
Paul.A.Randolph@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served on ___March 13___, 2025, through the Court's CM/ECF system to all parties of the ECF service list for the above-captioned case.

_____
Saronda Gillespie, Paralegal Specialist