UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re § 
§ Case No. 25-40745-169
**Double Helix Corporation,** §
§ Chapter 11
Debtor. §

### ORDER OF TRANSFER

Upon careful review of the record in this case, it is

**ORDERED** that the Clerk of the Court is directed to take the necessary steps to transfer this Chapter 11 bankruptcy proceeding to another judge of this Court.

DATED: March 11, 2025  
St. Louis, Missouri  
mtc

BONNIE L. CLAIR  
Chief United States Bankruptcy Judge

Copies to:

**Double Helix Corporation**
3524 Washington Ave
Saint Louis, MO 63103

**Robert E Eggmann, III**
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105

**Office of the U.S. Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joshua M. Jones**
Office of the U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

**K-Love, Inc.**
**c/o Andrew R. Magdy**
Summers Compton Wells LLC
903 S. Lindbergh Blvd., #200
St. Louis, MO 63131

**Andrew R Magdy**
Summers Compton Wells LLC
903 S. Lindbergh Blvd., #200
St. Louis, MO 63131

United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 25-40745-kss |
| Double Helix Corporation | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdfo2 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Double Helix Corporation, 3524 Washington Ave, Saint Louis, MO 63103-1019 |
| intp | + | K-Love, Inc., C/o Andrew R. Magdy, Summers Compton Wells LLC, 903 S. Lindbergh Blvd., #200 St. Louis, MO 63131-2934 |
| 25691626 | + | 3526 Washington LLC, 50 Picardy Lane, Saint Louis, MO 63124-1629 |
| 25691627 | + | A&W Lawn & Landscaping, 5430 Amber Meadows Dr., Imperial, MO 63052-3131 |
| 25691629 | + | AHC Consulting, 567 Hanley Industrial Court, Saint Louis, MO 63144-1901 |
| 25691628 | + | Aetna Health, Inc, 151 Farmington Ave, Hartford, CT 06156-0001 |
| 25691630 | + | Alliance Systems, 999 Executive Parkway Drive, Ste. 320, Saint Louis, MO 63141-6336 |
| 25691631 | + | Alliant Insurance Services, Inc, 18100 Von Karman Ave., Irvine, CA 92612-0169 |
| 25691634 | + | Andrea E. Dunn, 2617 Louisiana, Saint Louis, MO 63118-1126 |
| 25691637 | + | Bourgeois Door Company, P.O. Box 270066, Saint Louis, MO 63127-0066 |
| 25691638 | + | Brown Dog Networks, 1733 Chase Dr., Fenton, MO 63026-2001 |
| 25691640 | + | Da-Com, 5317 Knights of Columbus Dr., Saint Louis, MO 63119-5060 |
| 25691641 | + | Engineered Fire Protection, Inc., 230 Sovereign Court, Ballwin, MO 63011-4415 |
| 25691642 | + | F. E. W. CPAs, 6240 S. Lindbergh, Suite 101, Saint Louis, MO 63123-7829 |
| 25691643 | | Financing Solutions, 3773 Howard Hughes Parkway, Ste. 500S, Las Vegas, NV 89169-6014 |
| 25691645 | + | Foster Garvey, 1111 Third Avenue, Ste. 3000, Seattle, WA 98101-3296 |
| 25691646 | + | Gladiator Consulting, 4265 Russell Blvd., Saint Louis, MO 63110-3510 |
| 25691648 | + | Hoffman Brothers STL, 1025 Hanley Industrial Court, Saint Louis, MO 63144-1907 |
| 25691650 | + | Jackson Lewis PC, 1 N. Brentwood Blvd., Ste. 1150, Saint Louis, MO 63105-3907 |
| 25691651 | + | Jesse M. Hebisen, 914 N. Elm, Saint Louis, MO 63119-1723 |
| 25691652 | + | John McNeely, 963 Quail Terrace Ct., Apt. D, Ballwin, MO 63021-8316 |
| 25691653 | + | Jon K. Valley, 416 Valley View Drive, East Alton, IL 62024-1950 |
| 25691654 | + | K-Love, Inc., c/o Andrew Magdy, Summers Compton Wells PC, 903 S. Lindbergh Blvd., #200, Saint Louis, MO 63131-2934 |
| 25691655 | + | Kelly K. Wells, 3161 Michigan Ave., Saint Louis, MO 63118-2119 |
| 25691656 | + | Ken Kranzberg Revocable Trust, 50 Picardy Lane, Saint Louis, MO 63124-1629 |
| 25691657 | + | Mark Hamlin, P.O. Box 98, Lake Ozark, MO 65049-0098 |
| 25691659 | + | Nathaniel M. Knoll, 4 Ola Ave., Saint Louis, MO 63119-4742 |
| 25691660 | + | Natural Broadcast Systems, Inc., P.O. Box 761205, San Antonio, TX 78245-6205 |
| 25691661 | + | Peoplekeep, Inc, 3267 E 3300 S Suite 526, Salt Lake City, UT 84109-2246 |
| 25691663 | + | Ralph Brancato, 2916 Concordia Lane, Saint Charles, MO 63301-4614 |
| 25691664 | + | Ronnie D. Wisdom Jr., 6437 Mardel, Saint Louis, MO 63109-1357 |
| 25691665 | + | S&H Parking Systems, 1325 N. 10th St., Saint Louis, MO 63106-4550 |
| 25691666 | + | Sandberg, Phoenix & Von Gontard P.C., 701 Market Street, Suite 600, Saint Louis, MO 63101-1826 |
| 25691667 | + | Superior Elevator Inspectors, 319 Summit Road, Fenton, MO 63026-3906 |
| 25691668 | + | Swift Print Communications, 1248 Research Blvd., Saint Louis, MO 63132-1714 |
| 25691669 | + | The Hartford Insurance, One Hartford Plaza, Hartford, CT 06155-0001 |
| 25691670 | + | Tueth Keeney Cooper Mohan Jackstadt P.C., 34 N. Meramec Ave., Ste. 600, Saint Louis, MO 63105-3953 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25691635 | + | Email/Text: g17768@att.com | Mar 11 2025 23:13:00 | AT&T, P.O. Box 5014, Carol Stream, IL |

Case 25-40745   Doc 19   Filed 03/13/25   Entered 03/13/25 23:25:19   Imaged
Certificate of Notice   Pg 4 of 4

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: pdfo2 | Total Noticed: 45 |

| Recip ID | | Bypass Reason / Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 60197-5014 |
| 25691632 | | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Mar 11 2025 23:13:00 | Ameren, PO Box 88034, Chicago, IL 60680-1034 |
| 25691633 | | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Mar 11 2025 23:13:00 | Ameren, PO Box 88068, Chicago, IL 60680-1068 |
| 25691639 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2025 23:42:45 | Chase Cardmember Service, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 25691644 | | Email/Text: rmurphy1@firstinsurancefunding.com | Mar 11 2025 23:13:00 | First Insurance Funding, 450 Skokie Blvd., Ste. 1000, Northbrook, IL 60062-7917 |
| 25691649 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2025 23:13:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25691658 | + | Email/Text: ecfnotices@dor.mo.gov | Mar 11 2025 23:13:00 | Missouri Department of Revenue, Attn: Bankruptcy Unit, P.O. Box 475, Jefferson City, MO 65105-0475 |
| 25691662 | + | Email/Text: dllawbankruptcy@exchange.principal.com | Mar 11 2025 23:13:00 | Principal Financial Group, Inc, 711 High Street, Des Moines, IA 50392-0001 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25691636 | *+ | AT&T, PO BOX 5014, Carol Stream, IL 60197-5014 |
| 25691731 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 25691647 | ##+ | Happy Roof Company, 3106 Ivanhoe Ave., Saint Louis, MO 63139-2531 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R Magdy | on behalf of Interested Party K-Love Inc. amagdy@summerscomptonwells.com, magdyecf@gmail.com;mpink@scw.law |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Robert E Eggmann, III | on behalf of Debtor Double Helix Corporation ree@carmodymacdonald.com thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com |

TOTAL: 3