**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Proceeding |
| | ) | Honorable Kathy A. Surratt-States |
| | ) | |
| **DOUBLE HELIX CORPORATION,** | ) | Case Nos.   25-40745 |
| d/b/a KDHX COMMUNITY MEDIA, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date: March 17, 2025 |
| | ) | Hearing Time: 11:00 a.m. |
| | ) | Hearing Location: Courtroom 7 North |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on March 10, 2025 (the "**Petition Date**"), Debtor and Debtor in Possession Double Helix Corporation, d/b/a KDHX Community Media ("**Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Eastern District of Missouri (the "**Court**") commencing the above-captioned Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that Debtors request an expedited hearing before the Court (the "**First Day Hearing**") to consider the following motions:

   a) *Emergency Motion for Interim and Final Orders Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 364(c) and (d);* and

   b) *Amended Motion to Expedite Hearing on First Day Motions.*

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the First Day Hearing to commence on **March 17, 2025 at 11:00 p.m. (prevailing Central Time**) in Courtroom 7 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read the First Day Motions carefully and discuss them with your attorney, if you have one in the Chapter 11 case.  (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your view on the First Day Motions, then you or your attorney must attend the First Day Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:   /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
NATHAN R. WALLACE #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
nrw@carmodymacdonald.com

PROPOSED ATTORNEYS FOR DEBTOR