**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| **DOUBLE HELIX CORPORATION,** | ) | Case No. 25-40745 |
| **d/b/a KDHX COMMUNITY MEDIA,** | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Emergency Motion for Interim and Final Orders Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 364(c) and (d)* [Docket No. 20], *Amended Motion to Expedite Hearing on First Day Motions* [Docket No. 21], and *Notice of Hearing* [Docket No. 22] were served to all parties listed on the creditor matrix on this 14th day of March 2025, by the following:

Via U.S. Mail postage prepaid:

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

And served via email to the following:

| | |
|---|---|
| 3526 Washington LLC | kkranzberg@tricorbraun.com |
| A&W Lawn & Landscaping | awlawnandlandscapes@gmail.com |
| AHC Consulting | allison@ahcconsulting.com |
| Alliance Systems | Chris.Baumgartner@alliance-systems.co |
| Ameren | UECollections@ameren.com |
| Ameren | UECollections@ameren.com |
| Bourgeois Door Company | bourgeoisdoor@aol.com |
| Brown Dog Networks | kathy@browndognetworks.com |
| Engineered Fire Protection, Inc. | acoleman@efpstl.com |

| | |
|---|---|
| F. E. W. CPAs | keith@fewcpas.com |
| Financing Solutions, Inc | keithg@financingsolutionsnow.com |
| First Insurance Funding (SLIP) | jeannine.nichols@firstinsurancefunding.com |
| First Insurance Funding (SPIP) | jeannine.nichols@firstinsurancefunding.com |
| Foster Garvey | brad.deutsch@foster.com |
| Gladiator Consulting | billing@gladiatorrds.com |
| Happy Roof Company | larry@thehappyroof.com |
| Hoffman Brothers STL | AR@hoffmannbros.com |
| Jackson Lewis, PC | michael.lowenbaum@jacksonlewis.com |
| Ken Kranzberg Revocable Trust | kkranzberg@tricorbraun.com; Stacy Engles Wipfler wipfler@capessokol.com and John S. Meyer Jr. meyer@capessokol.com |
| Mark Hamlin | markhd28@hotmail.com |
| S&H Parking Systems | office@sandhparking.com |
| Sandberg, Phoenix & Von Gontard P.C. | beckmann@sandbergphoenix.com |
| Superior Elevator Inspectors | melissa@superiorelevatorinspections.com |
| Swift Print Communications | Swift-Accounting@swiftprint.com |
| Tueth Keeney Cooper Mohan Jackstadt P.C. | tdeisner@tuethkeeney.com |
| Paul A. Randolph, Assistant U.S. Trustee | paul.a.randolph@usdoj.gov |
| K-Love, Inc., c/o Andrew Magdy | amagdy@scw.law |
| Kelly K. Wells | kelly@kdhx.org |
| Benjamin R. Askew | askewlawllc@gmail.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Da-Com | info@da-com.com |

And served via Federal Express:

| | |
|---|---|
| AT&T<br>1010 Pine St., 19 W-C-01<br>Saint Louis, MO 63101 | Aetna Health, Inc.<br>151 Farmington Ave.<br>Hartford, CT 06156 |
| Andrea E. Dunn<br>2617 Louisiana | Chase Card Services<br>201 N. Walnut Street, De1-0153 |

Saint Louis, MO 63118

US Attorney General
Civil Division, Service of Process
US Department of Justice
10th and Constitution Ave. NW
Washington DC 20530

John McNeely
963 Quail Terrace Ct., Apt. D
Ballwin, MO 63021

Nathaniel M. Knoll
4 Ola Ave.
Saint Louis, MO 63119

Principal Financial Group, Inc.
711 High Street
Des Moines, IA 50392

Ronnie D. Wisdom Jr
6437 Mardel
Saint Louis, MO 63109

Natural Broadcast Systems, Inc.
7543 Grissom Rd., Ste. 128
San Antonio, TX 78251

Wilmington, DE 19801

Jesse M. Hebisen
914 N. Elm
Saint Louis, MO 63119

Jon K. Valley
416 Valley View Drive
East Alton, IL 62024-1950

Peoplekeep, Inc.
3267 E. 3300 S
Suite 526
Salt Lake City, UT 84109

Ralph Brancato
2916 Concordia Lane
Saint Charles, MO 63301

The Hartford Insurance
One Hartford Plaza
Hartford, CT 06155

Missouri Department of Revenue
Attn: Bankruptcy Unit
301 W. High St.
Jefferson City, MO 65101

_/s/ Robert E. Eggmann_