IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DOUBLE HELIX CORPORATION, | ) |
| | ) |
| Debtor, | ) Case No. 25-40745-659-11 |
| | ) Ch. 11 Reorganization |
| | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR
PLEADINGS, NOTICES AND DOCUMENTS**

The Missouri Department of Revenue enters its appearance as a creditor of the captioned debtor. This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at edmoecf@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: James Treece, PO Box 475, Jefferson City, MO 65105-0475.

Andrew Bailey, Attorney General
State of Missouri

_____

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on March 17, 2025.

Double Helix Corporation
3524 Washington Ave
St Louis, MO 63103

_____
James Treece