UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| DOUBLE HELIX CORPORATION, | ) | Case No.: 25- 40745 |
| d/b/a KDHX COMMUNITY MEDIA, | ) | |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF KELLY K. WELLS IN SUPPORT OF EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 364(c) and (d)

I, Kelly K. Wells, make this declaration (the "Declaration") under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the executive director of Double Helix Corporation (the "Debtor"). As such, I am familiar with Debtor's day-to-day operations, business affairs, and books and records.

2. Except as otherwise indicated, this Declaration is based upon my personal knowledge and my review of relevant documents. If called upon to testify, I would testify competently to the facts set forth herein.

3. I am authorized to submit this Declaration on behalf of Debtor in support of the Debtor's *Emergency Motion for Interim and Final Orders Authorizing Debtor to Obtain Post-petition Financing Pursuant to 11 U.S.C. §§ 364(c) and (d)* (the "Motion") filed in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court") in that chapter 11 bankruptcy case (the "Chapter 11 Case") pending under Case No. 25- 40745 .

4. I have worked extensively and closely with Debtor and am knowledgeable and familiar with its operations, business, and financial affairs.

5. Double Helix Corporation ("Double Helix") is a nonprofit Missouri corporation currently doing business as KDHX Community Media. Double Helix has, since 1987, operated

KDHX, an independent, non-commercial, listener supported community FM radio station in St. Louis, Missouri.

6. Given the nature of its non-commercial content production, Double Helix has historically utilized volunteer disc jockeys and relied upon significant audience contributions to help fund its KDHX radio broadcast operations.

7. In response to long standing financial pressures (including pending litigation) and industry wide challenges unique to publicly supported media, in recent months Double Helix has been forced to discontinue content production for KDHX and make significant cuts to its existing regular expenses. Since January 2025, Double Helix has been unable to fund payroll for its limited paid staff.

8. In order to maintain its operating license for KDHX with the Federal Communications Commission ("FCC"), Double Helix must provide continued on-air programming. Due to the aforementioned personnel cuts, KDHX has been forced to utilize previously recorded radio programming.

9. As is supported by the Debtor's current liquidity position, it is my belief that post-petition financing is necessary to cover the day-to-day expenses necessary to operate KDHX as an on-air entity which is crucial to the maintenance of its current FCC business license.

10. In addition, post-petition financing is essential to fund ongoing employee payroll commitments and to satisfy certain unpaid pre-petition payroll expenses, which expenses are not in excess of the statutory ceiling.

11. I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: 3/10/2025

Signed by: *Kelly K. Wells*
FA03A9CAA28C4FF
Kelly K. Wells, Executive Director

2