IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| DOUBLE HELIX CORPORATION, ) | Case No.: 25-40745 |
| d/b/a KDHX COMMUNITY MEDIA, ) | |
| ) | |
| Debtor. ) | |
| ) | |

ENTRY OF APPEARANCE

COME NOW A. Thomas DeWoskin and the law firm of Danna McKitrick, P.C. and hereby enter their appearance on behalf of the following parties in interest

| | |
|---|---|
| Stacy Bernard | Lee Howland |
| James Bruce | Charles Jove |
| Antonio Cabanellas | Rob Levy |
| Ryan Cain | Christopher Schwarz |
| Courtney Dowdall | Darren Snow |
| Keith Dudding | Steve St. Cyr |
| William Gelb | Jon Valley |
| Frederick Gumaer | LOVE of KDHX, Inc. |

and requests that all notices given in this case and all papers served be given and served upon the undersigned.

DANNA MCKITRICK, P.C.

/s/ A. Thomas DeWoskin
A. Thomas DeWoskin, #25320MO
7701 Forsyth Blvd., Suite 1200
St. Louis, MO  63105-3907
(314) 726-1000/(314) 725-6592 fax
E-Mail: tdewoskin@dmfirm.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of March 2024, the foregoing was filed via the Court's electronic filing system, which sent electronic notification to all counsel of record.

          /s/ A. Thomas DeWoskin

4899-6797-7769, v. 1