IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| DOUBLE HELIX CORPORATION, ) | Case No.: 25-40745 |
| d/b/a KDHX COMMUNITY MEDIA, ) | |
| ) | |
| Debtor. ) | |
| ) | |

**ENTRY OF APPEARANCE**

COMES NOW Ben Askew of Askew Law LLC and hereby enters his appearance on behalf of the following parties in interest:

| | |
|---|---|
| Stacy Bernard | L.O.V.E. of KDHX, Inc. |
| James Bruce | Lee Howland |
| Antonio Cabanellas | Charles Jove |
| Ryan Cain | Rob Levy |
| Courtney Dowdall | Christopher Schwarz |
| Keith Dudding | Darren Snow |
| William Gelb | Steve St. Cyr |
| Frederick Gumaer | Jon Valley |

and requests that all notices given in this case and all papers served be given and served upon the undersigned.

ASKEW LAW LLC

/s/ Benjamin R. Askew
Benjamin R. Askew, #58933MO
4117 Olive Street
St. Louis, MO 63108
(314) 566-4459
E-Mail: askewlawllc@gmail.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this 17th day of March, 2025, the foregoing was filed via the Court's electronic filing system, which sent electronic notification to all counsel of record.

                                            <u>/s/ Benjamin R. Askew</u>
                                            Benjamin R. Askew