**Case Name:** Double Helix Corporation

**Case Number:** 25-40745

RECEIVED + FILED
2025 MAR 31  AM 10: 56
CLERK US ...
EASTERN DISTRICT
ST LOUIS, MISSOURI

United States Bankruptcy Court - Eastern District of Missouri
111 S. 10th Street - 4th Floor Clerk's Office
St. Louis, MO 63102

I am writing to express my strong opposition to the sale of the KDHX license.

KDHX has been a long-time, viable asset to the St. Louis community. Beloved by thousands of supporters. We are still here. We want our station back. We will support our station again. This sale can and should be avoided.

I implore you to make the right - and fair - decision to block this sale!

Thank you,

*Paul Chambless*

Paul Chambless
Fenton, MO.