RECEIVED + FILED
2025 MAR 31  AM 10: 56

CASE NAME:  DOUBLE HELIX CORPORATION

CASE NUMBER:  25-40745

United States Bankruptcy Court - Eastern District of Missouri

111 S. 10th Street - 4th Floor Clerks Office

St. Louis, MO 63102

I am writing to express my strong opposition to the sale of the KDHX license.

KDHX has been a long-time, viable asset of the St. Louis community, beloved by thousands of supporters. We are still here. We want our station back. We will support our station again. This sale can and should be avoided.

I implore you to make the right - and fair - decision to block this sale!

Thank you,

*Linda Chambless* (signature)

Linda Chambless

Fenton, MO