CASE NAME: DOUBLE HELIX CORPORATION

CASE #: 25-40745

RECEIVED + FILED
2025 APR -2 AM 11:00
CLERK US BANKRUPTCY
EASTERN DISTRICT
ST LOUIS, MISSOURI

Your Honor,

The sale of Double Helix + KDHX should not be made because the current Board of Directors have neglected to hear the voices of the community and previous volunteers. I do not know how such control of the station occurred.

I do know that I donate $50/month (on very limited income) to the League of Volunteer Enthusiasts of KDHX who have been raising funds since the firings of 15 volunteer DJs.

The FCC only allows community radio stations + 501C3s to procure a frequency once in a blue blue moon. What we have with KDHX is a once in a lifetime miracle. At one point it was the best community radio station in the nation. It still can be under the correct leadership and a volunteer lead organization.

One may say that "Nobody listens to the radio anymore" but that's not true. You can listen in your car or on any dollar store device, making freedom of speech available to anyone.

Our voices are too precious and formats for a wide audience too limited to give up.

We believe in community & the right to be heard and ~~radio~~ KDHX would make Ben Franklin proud - only the printing press could ~~~~ affect an audience & now we have community led media being broadcast to thousands with a simple flip of a switch and hard left turn of the tuner.

We have lightning in a bottle to organize - event, art, music, plays - right there at 88.1

We just need volunteers back in control of the station.

Thank you for your time

Jacob Hurst   3/27/2025

314-448-0173