**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| In re: | Case No.: 25–40745 – A659 |
| Double Helix Corporation | Chapter: 11 |
| **Debtor(s)** | |

### ORDER ON MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

Debtor(s)' Motion For Extension of Time to file All Required Documents was filed on March 24, 2025. Upon careful consideration and review of record in this case, it is

**ORDERED** that the Debtor(s)' Motion For Extension of Time be and it hereby is **GRANTED**, in that Debtor(s) is granted up to and including April 7, 2025, within which to file All Required Documents.

**IT IS FURTHER ORDERED** that Debtor(s)' attorney, or Debtor(s) who appears pro–se:

1) contact the Chapter 13 Trustee's office and reschedule the § 341 Meeting of Creditors.

2) provide the Chapter 13 Trustee with a copy of the Chapter 13 Plan and all schedules and statements at least ten (10) days prior to the rescheduled Meeting of Creditors.

3) contact the Bankruptcy Court's Chapter 13 Courtroom Deputy to obtain an adjournment of the Chapter 13 Confirmation hearing to a date at least 21 days after the date of the rescheduled Meeting of Creditors.

**IT IS FURTHER ORDERED** that Debtor(s)' attorney, or a Debtor who appears pro–se shall promptly provide all creditors and parties in interest with a notice of the adjourned Meeting of Creditors date and Hearing date and file a certificate service evidencing such notice.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 4/4/25
**St. Louis, Missouri**
**Rev:** 04/18 oextssp

**Copy mailed to:**
Debtor(s)
Attorney(s)
Trustees