MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

FILED
FEB 14 2025
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OF
_____ DEPUTY

| | |
|---|---|
| STACY BERNARD, <br> CHRISTOPHER SCHWARZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE HELIX CORPORATION <br> d/b/a KDHX COMMUNITY MEDIA, <br> JOAN BRAY, <br> PAUL DEVER, <br> JEFFREY FERNHOFF, <br> RAY FINNEY, <br> FRANC FLOTRON, <br> CARYN HADDIX, <br> GARY PIERSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2522-CC00192 <br> ) <br> ) Division 20 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court has before it Plaintiffs Stacy Bernard and Christopher Schwartz's Motion for Preliminary Injunction or, in the Alternative, for Temporary Restraining Order filed February 11, 2025. This motion was heard on February 13, 2025. Plaintiffs and Defendant Double Helix Corporation appeared by counsel. The parties were given the full and fair opportunity to present argument to the Court. The Court now rules as follows.

On January 29, 2025, Plaintiffs filed their Petition for the removal of directors who sit on the board of KDHX and for a judgment declaring that the 2018 KDHX Bylaws are invalid. On January 31, 2025, Plaintiffs received a "mass termination email" terminating their associate membership status with KDHX. Plaintiffs subsequently heard that the board of Directors for KDHX had sent notices for a meeting and an election for the board of directors to take place on

Exhibit 3

the current board of directors. The Court finds that a temporary restraining order is necessary in order to preserve the status quo and prevent irreparable injury.

THEREFORE, IT IS ORDERED AND DECREED that Plaintiffs Motion for Preliminary Injunction or, in the Alternative, for Temporary Restraining Order is hereby GRANTED as to Plaintiffs' request for a temporary restraining order. Defendants are hereby enjoined from terminating the membership of Plaintiffs and/or preventing Plaintiffs from participation in the annual meeting and election of board members on Tuesday, February 18, 2025. Plaintiffs shall post a bond in the amount of $200.00.

SO ORDERED:

_____
Joan Moriarty, Judge

Dated: 2/14/25