FILED
MAR 04 2025
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

**MISSOURI CIRCUIT COURT**
**TWENTY-SECOND JUDICIAL CIRCUIT**
**(City of St. Louis)**

| | |
|---|---|
| STACY BERNARD, CHRISTOPHER SCHWARZ, et al. ) ) ) Plaintiffs, ) ) v. ) ) DOUBLE HELIX CORPORATION ) d/b/a KDHX COMMUNITY MEDIA, ) et al. ) ) Defendants. ) | Cause No. 2522-CC00192<br><br>Division No. 20 |

### ORDER

The Court has before it Plaintiffs' Motion to Extend Temporary Restraining Order. The Court now rules as follows:

On February 14, 2025, this Court granted Plaintiffs' Motion for Temporary Restraining Order under Rule 92.02(a), restraining Defendants from terminating the membership of Plaintiffs and/or preventing Plaintiffs from participation in the annual meeting and election of board members on Tuesday, February 18, 2025. The Court ordered Plaintiffs to post a bond in the amount of $200.00. On February 18, 2025, Plaintiffs posted bond in the amount of $200.00.

Rule 92.02(d) **Bond** states:

> No injunction or temporary restraining order, unless on final hearing or judgment, shall issue in any case, except in suits instituted by the state in its own behalf, until the plaintiff, or some responsible person for the plaintiff, shall have executed a bond with sufficient surety or sureties to the other party, in such sum as the court shall deem sufficient to secure the amount or other matter to be enjoined, and all

Exhibit 4

damages that may be occasioned by such injunction or temporary restraining order to the parties enjoined, or to any party interested in the subject matter of the controversy, conditioned that the plaintiff will abide by the decision that shall be made thereon and pay all sums of money, damages and costs that shall be adjudged if the injunction or temporary restraining order shall be dissolved. In lieu of the bond the plaintiff may deposit with the court such sum, in cash, as the court may require sufficient to secure such amount.

Under Rule 92.02(d), a temporary restraining order in this case was issued on February 18, 2025, the day Plaintiffs posted bond in the amount of $200.00 pursuant to the Court's order. Plaintiffs under Rule 92.02(a)(5) timely requested an extension of the temporary restraining order on March 4, 2025.

It is hereby ordered and decreed that the temporary restraining order against Defendants shall be extended pursuant to Rule 92.02 for an additional fifteen (15) days from the date of this Order.

SO ORDERED:

_____
Joan Moriarty, Judge

Dated: _March 4_, 2025
Time: _2:14 pm_

2

Exhibit 4