Outlook

---

**Fw: Important Communication from KDHX**

---

----- Forwarded Message -----
**From:** KDHX <volunteer@kdhx.org>
**To:** "stacybweavin@att.net" <stacybweavin@att.net>
**Sent:** Friday, January 31, 2025 at 04:29:28 PM CST
**Subject:** Important Communication from KDHX

View this email in your browser



Dear Stacy,

We write with difficult news, but first, we want to sincerely thank you for your time, talent, and energy in making KDHX a vital part of our community. There is no way to truly express the gratitude that everyone – the Board, the staff, and the community – feels about the efforts you have made on behalf of the station and the community.

It is with sadness that I am writing to notify you that KDHX can no longer sustain our current operations, including facilitating our volunteer content producers. As a result, the Board is discontinuing new content production starting today, Friday, January 31.

**EXHIBIT 6**

This was not a decision that was reached lightly. It follows many difficult financial years that have been exacerbated by lawsuits, a decline in donor support, and reduced underwriting. These financial pressures have placed an immense strain on the organization, making it impossible to sustain operations in their current form. While this situation is not the fault of our dedicated volunteers, it does have significant consequences for KDHX's operations, including our ability to support volunteer content producers.

For the foreseeable future, KDHX will only broadcast previously recorded content. For this reason, the station will no longer have volunteer content producers. KDHX defines volunteer content producers as any role that creates content or supports the creation of content for any KDHX platform, for example, 88.1 FM, KDHX.org, social media. Specific roles include programmer/DJ, substitute programmer/DJ, radio show assistant, podcast host, podcast assistant, podcast technician, calendar producer, announcement producer, voice talent, writer, photographer, film and performing arts reviewer, music library, and production department volunteer.

After Friday, January 31, 2025, the only volunteers who will continue with the station are volunteers in non-content producer/supporter roles.

Unfortunately, this means that your volunteer Substitute DJ role with KDHX will end effective immediately. Because you will no longer be in an active volunteer role, your status as an Associate Member will also terminate, effective immediately.

If you believe your role has been misclassified, and that your volunteer status is more properly classified as a non-content producer/supporter role, you may submit a written appeal to the KDHX Board of Directors at KDHXboard@kdhx.org by Friday, February 7, at 5:00 p.m.

If you have personal items at KDHX, send an email to volunteer@kdhx.org.

In the coming weeks and months, the board will assess potential paths

EXHIBIT 6

forward to stabilize KDHX and explore how we can continue to serve the community. We will keep you updated as we determine what is next for KDHX.

We deeply appreciate the dedication, passion, and creativity each of you has brought to KDHX. Your contributions have been invaluable to our community, and we are incredibly grateful for your time and effort.

*Kelly*

Kelly K. Wells
Executive Director
On behalf of the KDHX Board of Directors

*A copy of this message is also being sent to you via U.S. First Class Mail.*

Copyright © 2025 KDHX Community Media, All rights reserved.
Content Producer Volunteers

**Our mailing address is:**
KDHX Community Media
3524 Washington Ave
Saint Louis, MO 63103

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

EXHIBIT 6