# KDHX Board Meeting Minutes
## From 2/05/2018

**Magnolia Cafe/The Stage**
**3524 Washington, Saint Louis, MO  63103**

## Minutes from KDHX Board meeting, February 5, 2018

**Attendees:** Jeff, August, Paul, Kelly, Ray, Nelie, Gary, Franc, James, Andy
**Apologies:** Joan, Lindsay

**Open session topics**
- Working group reports
    - Finance working group report
    - Policy working group report
        - By-law Revision
        - Programming Policy
    - Development working group
- Board Commitment Pledge

**No  closed session**

| Actions | First | Second | Vote |
|---|---|---|---|
| Motion to accept the minutes | James | Gary | Unanimous |
| Motion to accept the new programming policy | August | Nelie | Unanimous |
| Motion to accept changes to the by-laws | Gary | Nelie | Unanimous |
| Motion to adjourn | Paul | Gary | Unanimous |

Exhibit 8