RECEIVED÷FILED

2025 APR -7 AM 10: 59

EASTER ...

**RE:**

**CASE: DOUBLE HELIX CORPORATION**

**CASE # 25-40745**

For: The UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
111 S. 10th St., 4th Floor - Clerks Office
St. Louis, MO 63102

To the Honorable Judge for Consideration:

Regarding case # 25-40745, please consider the following:

I do not believe that the sale of KDHX should be approved. This is a beloved St Louis institution with many many supporters. The station's board of directors is attempting to sell due to a financial shortfall. At the same time, they have taken no action to assist in funding. The community of supporters of this station stretches far and wide and we want and need this station in St Louis. It is such a remarkable asset to the entire area. Musicians, listeners and businesses alike benefit from KDHX. We cannot see the FM license or broadcast tower be sold. Those are both a part of KDHX. It has been mentioned that the station can live on in a streaming environment but that is not true. We urge the courts to block this sale. The listening community will continue to fight for the station and its assets. KDHX is diversity in the arts amplified. Stations like this in the country are far and few between and we truly have something special with KDHX on the airwaves. The station has recently lost all of its DJ's due to a board that does not have the stations best interests at heart. It could not be a more diverse listening experience and we are all better off for that. KDHX is St Louis and the local arts and artists. St Louis and the local arts and artists are KDHX. Please, do not approve this sale. There are other avenues being taken to save the station. There are other cases in the courts currently active to save this station from the current board which has no interest in doing so.

Sincerely,

Printed _Jonethen Crowe_

Date _04/03/2025_