April 2, 2025

United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th Street, 4th Floor, Clerk's Office
St. Louis, MO 63102

RECEIVED + FILED
2025 APR -7  AM 10: 56

Case: Double Helix Corporation, 25-40745

Honorable Judge Kathy A. Surratt-States,

My name is Brian Lock, and I am a former volunteer with KDHX 88.1 FM. I want to express my concern regarding the potential sale of KDHX's FM frequency and broadcast tower to a nationwide radio network as part of the current Chapter 11 proceedings. From my perspective, I want to convey how significant KDHX is to our community, hoping that this context will be considered as decisions are made about the station's future.

KDHX is far more than just a radio station. For nearly four decades, it has been a vital thread in the cultural fabric of St. Louis. As a community-supported, volunteer-driven station, KDHX has provided an irreplaceable platform for local musicians, artists, and voices. It brings together people from all walks of life, airing diverse music and programming that reflect the rich tapestry of our city. Many of us in St. Louis consider KDHX a beloved institution. It consistently uplifts local talent, fosters civic pride, and serves as a gathering place for ideas and culture that might not find expression elsewhere on the dial. The station amplifies music, voices, and a sense of belonging among its listeners and volunteers. KDHX has been a community center on the airwaves that educates, entertains, and connects people across our region.

With a heavy heart, I contemplate the possibility of KDHX's frequency being sold to a national network. St. Louis would lose a unique local voice if this sale goes forward. The programming that replaces KDHX will likely be produced outside our community without the local flavor and personal touch that made KDHX special. While I understand the financial difficulties that led to considering this sale, the loss to the community cannot be captured on a balance sheet. To many of us, losing KDHX on the FM dial would feel like losing a piece of our city's identity.

I recognize that the Court must weigh many factors in this reorganization and that financial realities are paramount. I am not writing to dispute those realities or to propose an alternative plan but rather to convey the human element that might not be fully evident in financial documents. KDHX's value to its community is immeasurable in purely economic terms. In its prudent judgment, I respectfully ask that the Court consider what KDHX means to the people of St. Louis as it evaluates the proposed sale. I have faith that Your Honor will consider the station's role in our community's past and future.

Thank you for taking the time to read this letter and for considering my perspective. I know these decisions are complicated, and I appreciate your dedication to justice and fairness in this process.

Sincerely,

*Brian Lock* (signature)

Brian Lock