**Fill in this information to identify the case and this filing:**

Debtor Name  **Double Helix Corporation**

United States Bankruptcy Court for the:  **Eastern District of Missouri**

Case number (*if known*):  **25-40745**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **4/7/2025**
             MM/DD/YYYY

✗  **/s/ Kelly K Wells**
   Signature of individual signing on behalf of debtor

   **Kelly K Wells**
   Printed name

   **Executive Director**
   Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name   **Double Helix Corporation**

United States Bankruptcy Court for the:   **Eastern District of Missouri**

Case number (*If known*):   **25-40745**

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................................

   $ __6,300,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................................................

   $ __264,606.48__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................................................

   $ __6,564,606.48__

---

| Part 2: | Summarize Your Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D..........................................

   $ __1,300,000.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................

   $ __280,437.16__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................

   + $ __443,985.16__

4. **Total liabilities**
   Lines 2 + 3a + 3b

   $ __2,024,422.32__

---

**Fill in this information to identify your case:**

Debtor Name     **Double Helix Corporation**

United States Bankruptcy Court for the:     **Eastern District of Missouri**

Case number (*if known*):     **25-40745**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                              $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | **Enterprise Bank & Trust - Operating Account** | **Checking Account** | **5170** | $ 758.59 |
| 3.2 | **Enterprise Bank & Trust - Payroll Account** | **Checking Account** | **4905** | $ 5.93 |
| 3.3 | **Enterprise Bank & Trust - Reserve Account** | **Checking Account** | **6443** | $ 25.15 |
| 3.4 | **Enterprise Bank & Trust - Revenue Account** | **Checking Account** | **0036** | $ 1,249.91 |

4. **Other cash equivalents** (*Identify all*)

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 2,039.58 |
   |---|

| Debtor | __Double Helix Corporation__ | Case number *(if known)* __25-40745__ |
|--------|------------------------------|----------------------------------------|
|        | Name                         |                                        |

---

**Part 2:**    **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|--|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

        **Ameren Deposit**

   7.1   x6007          $    **6,076.00**

        **Ameren Deposit**

   7.2   x9021          $    **5,410.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.      $    **11,486.00**

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|--|---|

11. **Accounts receivable**

    **11a. 90 days old or less:**    0.00   −   0.00   =   $    **0.00**
                  face amount      doubtful or uncollectible accounts

    **11b. Over 90 days old:**    1,583.90   −   0.00   =   $    **1,583.90**
                  face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $    **1,583.90**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Double Helix Corporation** | Case number *(if known)* | **25-40745** |
|---|---|---|---|
| | Name | | |

---

## Part 4:    Investments

**13. Does the debtor own any investments?**
- ☒ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

_____    _____    $ _____    _____    $ _____
                       MM / DD / YYYY

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    **Double Helix Corporation**                              Case number *(if known)*    **25-40745**
_____
Name

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.

Book value    $ _____    Valuation method _____    Current Value    $ _____

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                                                  BlueStylus

Debtor    **Double Helix Corporation**                                    Case number *(if known)*    **25-40745**
_____Name_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☒ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

    Book value    $_____    Valuation method _____    Current Value    $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br><br> **Custom Conference Table, Office Desks, Hp Laser Printer, CD Shelving, Mac Mini 1.83 x 3, RFB Mac Mini 2.66, Office Furniture** | $ 0.00 | | $ 10,814.00 |
| 40. **Office fixtures** <br><br> **Custom conference table ($2320.00); Custom small conference table ($1500.00); Office desks ($1300.00); HP Laser Printer ($949.00); CD Shelving ($1162.00); and Office furniture ($2483.00).** | $ 0.00 | | $ 9,714.00 |

Debtor    **Double Helix Corporation**                                              Case number *(if known)*  **25-40745**
                    Name

41. **Office equipment, including all computer equipment and communication systems equipment and software**

**Broadcast Studios Equipment - Dielectric Four Port Motorized Transfer Switch & Remote Control Panel, Tripod System: Fluid Head, Pedestal, & Dolly X3, Behringer X-32 Digital Console, Omnia Z/IP Stream R1 Audit Processor/Encoder, Rane 2-ch DJ Mixer and Technics Direct Turntable, 4K 18gBPS hdbAEt HDMI Matrix Extend Switch, Streaming Audio Encoder, RDS Encoder, Andrew 6' grid 950 mhz dish, UPS System**                                              $            0.00                                              $            29,860.00

**Broadcast Tower Equipment - Radio Tower, BE FM 20T FM Transmitter (Analog), Harris 210 Transmitter (Backup Transmitter), FM Dummy Load Tester 25,000 Watt, 5 Bay ERI FM Antenna, 4 Bay ERI FM Antenna, Harris FlexStar Exciter, Burk ARC-16, Kohler Generator, Transmission Line for both Antenna, Orban FM Processor 8500, Mosley StarLink, 5 ton A/C Unit.**                                              $            0.00                                              $            195,060.00

**Hp Laser Printer, CD Shelving, Mac Mini 1.83 x 3, RFB Mac Mini 2.66, Office Furniture, 2018 Mac Book Air X 4, 2018 Mac Book Pro**                                              $            0.00                                              $            4,049.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

                                              $                                              $

43. **Total of Part 7.**

    Add lines 38 through 42. Copy the total to line 86.                              $            249,497.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | **Double Helix Corporation** | Case number *(if known)* | **25-40745** |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____   $_____   _____   $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____   $_____   _____   $_____

49. **Aircraft and accessories**

_____   $_____   _____   $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   $_____   _____   $_____

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

---

Copyright © Financial Software Solutions, LLC                                           BlueStylus

Debtor    **Double Helix Corporation**                                  Case number *(if known)*   **25-40745**
_____
Name

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Larry J. Weir Center for Independent Media 3524 Washington Ave, St. Louis, MO 63103** | | $ **1,300,000.00** | | $ **1,300,000.00** |
| 55.2 **Radio Broadcast Tower + FCC License 4802 Mahaw Drive, Imperial, MO 63052** | | $ **0.00** | | $ **5,000,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **6,300,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |

Copyright © Financial Software Solutions, LLC                                                                                        BlueStylus

Debtor     **Double Helix Corporation**          Case number *(if known)*   **25-40745**
           _____
           Name

62. **Licenses, franchises, and royalties**

_____     $_____     _____     $_____

63. **Customer lists, mailing lists, or other compilations**

_____     $_____     _____     $_____

64. **Other intangibles, or intellectual property**

_____     $_____     _____     $_____

65. **Goodwill**

_____     $_____     _____     $_____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.          $_____ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____     _____  –  _____  =  $_____
                              Total face amount              doubtful or uncollectible accounts

Debtor    **Double Helix Corporation**                                    Case number *(if known)*    **25-40745**
_____                    _____
Name

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax Year  _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

**Nature of claim**           _____

**Amount requested**    $ _____
                                    _____
                                    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

**Nature of claim**           _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                         | $ _____ **0.00** |

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   **Double Helix Corporation**                                    Case number *(if known)*   **25-40745**
          Name

---

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,039.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 11,486.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,583.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 249,497.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 6,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ 264,606.48 | ✚ 91b. $ 6,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ | | $ 6,564,606.48 |

---

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor Name   **Double Helix Corporation**

United States Bankruptcy Court for the:   Eastern District of Missouri

Case number (If known):   **25-40745**

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Creditor's Name** | | |

**3526 Washington LLC**

Describe debtor's property that is subject to a lien

**55.1 Larry J. Weir Center for Independent Media 3524 Washington Ave, St. Louis, MO 63103**

**55.2 Radio Broadcast Tower + FCC License 4802 Mahaw Drive, Imperial, MO 63052**

$ _____ 700,000.00   $ _____ 1,300,000.00

**Creditor's mailing address**

**50 Picardy Lane**
**Saint Louis, MO 63124**

**Creditor's email address, if known**
kkranzberg@tricorbraun.com

Describe the lien
Construction Loan

Description
Construction Loan

**Date debt was incurred**   2013

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Copyright © Financial Software Solutions, LLC                                                                                 BlueStylus

Debtor   **Double Helix Corporation**                                   Case number *(if known)*   **25-40745**
         Name

| **2.2** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**K-Love, Inc.**                                                              $          0.00    $          0.00

**Creditor's mailing address**
**c/o Andrew Magdy**
**Summers Compton Wells PC**
**903 S. Lindbergh Blvd., #200**
**Saint Louis, MO 63131**

**Creditor's email address, if known**                 **Describe the lien**          **Description**

                                                       **Lender**                      Proposed DIP lender in the amount
                                                                                       of $500,000
**Date debt was incurred**                             **Is the creditor an insider or related party?**
                                                       ☒ No
**Last 4 digits of account number**                    ☐ Yes

**Do multiple creditors have an interest in the same property?**   **Is anyone else liable on this claim?**
☒ No                                                   ☒ No
☐ Yes. Have you already specified the relative priority?   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No.  Specify each creditor, including this    **As of the petition filing date, the claim is:**
          creditor, and its relative priority.     Check all that apply.
          _____      ☐ Contingent
                                                   ☐ Unliquidated
   ☐ Yes. The relative priority of creditors is    ☐ Disputed
          specified on lines _____

---

| Debtor | Double Helix Corporation | Case number *(if known)*  25-40745 |
|---|---|---|
| | Name | |

**2.3** | Creditor's Name

**Ken Kranzberg Revocable Trust**

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

| 41.1 Broadcast Tower Equipment - Radio Tower, BE FM 20T FM Transmitter (Analog), Harris 210 Transmitter (Backup Transmitter), FM Dummy Load Tester 25,000 Watt, 5 Bay ERI FM Antenna, 4 Bay ERI FM Antenna,   Harris FlexStar Exciter, Burk ARC-16, Kohler Generator, Transmission Line for both Antenna, Orban FM Processor 8500, Mosley StarLink, 5 ton A/C Unit. | $            600,000.00 | $         1,300,000.00 |

**55.1 Larry J. Weir Center for Independent Media 3524 Washington Ave, St. Louis, MO 63103**

**50 Picardy Lane
Saint Louis, MO 63124**

**Creditor's email address, if known**

_____

**Date debt was incurred**   2013-Present

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

Mortgage

---

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**     $   1,300,000.00

---

**Part 2:    List Others to Be Notified for a Debt That You Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify your case:**

Debtor          **Double Helix Corporation**

United States Bankruptcy Court for the:   **Eastern District of Missouri**

Case number (*If known*):          **25-40745**

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,250.00 | $ 5,250.00 |
|---|---|---|---|---|

**All Media Services**

**2916 Concordia Lane**

**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Wages, Salaries, and Commissions**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Wages, Salaries, and Commissions**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Debtor **Double Helix Corporation**     Case number *(if known)* **25-40745**

Name

---

**2.2** | Priority creditor's name and mailing address

**Andrea E. Dunn**

**2617 Louisiana**

**Saint Louis, MO 63118**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **38,504.60**    $      **38,504.60**

Date or dates debt was incurred

_____

**Basis for the claim:**

**Wages, Salaries, and Commissions**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

**Wages, Salaries, and Commissions**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.3** | Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operation
P.O. Box 7346**

**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **0.00**    $      **0.00**

Date or dates debt was incurred

_____

**Basis for the claim:**

**Notice Only**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

**Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.4** | Priority creditor's name and mailing address

**Jesse M. Hebisen**

**914 N. Elm**

**Saint Louis, MO 63119**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **38,069.40**    $      **38,069.40**

Date or dates debt was incurred

_____

**Basis for the claim:**

**Wages, Salaries, and Commissions**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

**Wages, Salaries, and Commissions**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Debtor    **Double Helix Corporation**                                      Case number *(if known)*    **25-40745**
Name

---

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $              **36,862.18**  $              **36,862.18** |

**Jon K. Valley**

**416 Valley View Drive**

**East Alton, IL 62024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Salaries, and Commissions**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description
**Wages, Salaries, and Commissions**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $              **73,381.95**  $              **73,381.95** |

**Kelly K. Wells**

**3161 Michigan Ave.**

**Saint Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Salaries, and Commissions**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description
**Wages, Salaries, and Commissions**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| **2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $              **0.00**  $              **0.00** |

**Missouri Department of Revenue**

**Attn: Bankruptcy Unit**
**P.O. Box 475**

**Jefferson City, MO 65105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description
**Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Debtor   **Double Helix Corporation**                                   Case number *(if known)*   **25-40745**
<br>Name

---

| 2.8 | Priority creditor's name and mailing address |
|---|---|

**Nathaniel M. Knoll**

**4 Ola Ave.**

**Saint Louis, MO 63119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **36,862.18**   $ _____ **36,862.18**

Date or dates debt was incurred
_____

**Basis for the claim:**

**Wages, Salaries, and Commissions**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Wages, Salaries, and Commissions**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

| 2.9 | Priority creditor's name and mailing address |
|---|---|

**Ronnie D. Wisdom Jr.**

**6437 Mardel**

**Saint Louis, MO 63109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **51,506.85**   $ _____ **51,506.85**

Date or dates debt was incurred
_____

**Basis for the claim:**

**Wages, Salaries, and Commissions**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Wages, Salaries, and Commissions**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __Double Helix Corporation_____    Case number *(if known)*   __25-40745__
　　　　　Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**

　　　　__A&W Lawn & Landscaping__

　　　　__5430 Amber Meadows Dr.__

　　　　__Imperial, MO 63052__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____2,275.88

**Date or dates debt was incurred**
__2024__

**Basis for the claim:**
__Tower Grounds Maintenance__

**Description**
Tower Grounds
Maintenance

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**    **Nonpriority creditor's name and mailing address**

　　　　__Aetna Health, Inc__

　　　　__151 Farmington Ave__

　　　　__Hartford, CT 06156__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Employee Health__

**Description**
Employee Health

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   __Double Helix Corporation__                                    Case number *(if known)*   __25-40745__
              Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 79,060.00 |
|---|---|---|---|

__AHC Consulting__

__567 Hanley Industrial Court__

__Saint Louis, MO 63144__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

__2023__

**Basis for the claim:**

__Consulting Service__

**Description**

Consulting Service

Last 4 digits of account number   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,625.00 |
|---|---|---|---|

__Alliance Systems__

__999 Executive Parkway Drive, Ste. 320__

__Saint Louis, MO 63141__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

__2023__

**Basis for the claim:**

__Web Developers__

**Description**

Web Developers

Last 4 digits of account number   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|---|---|---|---|

__Alliant Insurance Services, Inc__

__18100 Von Karman Ave.__

__Irvine, CA 92612__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

__Property and Liability Insurance__

**Description**

Property and Liability Insurance

Last 4 digits of account number   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  __**Double Helix Corporation**__                                    Case number *(if known)*  __**25-40745**__
  Name

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

__**Ameren**__                                                    $_____**5,177.36**

☐ Contingent

__**PO Box 88068**__                                    ☐ Unliquidated

__**Chicago, IL 60680-1068**__                    ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**                    **Description**

__**2025**__                                                    __**Utility**__                            | Utility |

**Last 4 digits of account number   6007**   **Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

__**Ameren**__                                                    $_____**3,189.85**

☐ Contingent

__**PO Box 88034**__                                    ☐ Unliquidated

__**Chicago, IL 60680-1034**__                    ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**                    **Description**

__**2025**__                                                    __**Utility**__                            | Utility |

**Last 4 digits of account number   9021**   **Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

__**AT&T**__                                                    $_____**305.62**

☐ Contingent

__**P.O. Box 5014**__                                    ☐ Unliquidated

__**Carol Stream, IL 60197**__                    ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**                    **Description**

__**2025**__                                                    __**Office Phone**__                  | Office Phone |

**Last 4 digits of account number   1095**   **Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor __**Double Helix Corporation**__                                    Case number *(if known)* __**25-40745**__
       Name

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
*Check all that apply.*

__**AT&T**__

__**PO BOX 5014**__

__**Carol Stream, IL 60197**__

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **264.74**

**Date or dates debt was incurred**
__**2025**__

**Basis for the claim:**
__**Tower Phone**__

**Description**
| **Tower Phone** |

**Last 4 digits of account number     1095**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.*

__**Bourgeois Door Company**__

__**P.O. Box 270066**__

__**Saint Louis, MO 63127**__

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **218.00**

**Date or dates debt was incurred**
__**2024**__

**Basis for the claim:**
__**R&M**__

**Description**
| **R&M** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.*

__**Brown Dog Networks**__

__**1733 Chase Dr.**__

__**Fenton, MO 63026**__

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **300.00**

**Date or dates debt was incurred**
__**2024-2025**__

**Basis for the claim:**
__**Tower Fiber**__

**Description**
| **Tower Fiber** |

**Last 4 digits of account number     3141**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor __**Double Helix Corporation**__   Case number *(if known)* __**25-40745**__
Name

---

**3.12** | **Nonpriority creditor's name and mailing address**

__**Chase Cardmember Service**__

__**P.O. Box 15123**__

__**Wilmington, DE 19850-5123**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **46,633.42**

**Date or dates debt was incurred**
__**2023**__

**Last 4 digits of account number    2138**

**Basis for the claim:**
__**Credit Card**__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Credit Card**

---

**3.13** | **Nonpriority creditor's name and mailing address**

__**Engineered Fire Protection, Inc.**__

__**230 Sovereign Court**__

__**Ballwin, MO 63011**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **750.40**

**Date or dates debt was incurred**
__**2024**__

**Last 4 digits of account number** _____

**Basis for the claim:**
__**Annual Inspection**__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Annual Inspection**

---

**3.14** | **Nonpriority creditor's name and mailing address**

__**F. E. W. CPAs**__

__**6240 S. Lindbergh, Suite 101**__

__**Saint Louis, MO 63123**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **9,000.00**

**Date or dates debt was incurred**
__**2024**__

**Last 4 digits of account number** _____

**Basis for the claim:**
__**Accounting**__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Accounting**

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

Debtor **Double Helix Corporation**
Name

Case number *(if known)* **25-40745**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $ 61,000.00 |
|------|------|------|------|------|

**Financing Solutions**

**3773 Howard Hughes Parkway, Ste. 500S**

**Las Vegas, NV 89169-6014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2023-2025**

Basis for the claim:
**Line of Credit**

Description
**Line of Credit**

Last 4 digits of account number **2461**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $ 1,463.13 |
|------|------|------|------|------|

**First Insurance Funding**

**450 Skokie Blvd., Ste. 1000**

**Northbrook, IL 60062-7917**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Liability Insurance**

Description
**Liability Insurance**

Last 4 digits of account number **1850**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $ 4,606.19 |
|------|------|------|------|------|

**First Insurance Funding**

**450 Skokie Blvd., Ste. 1000**

**Northbrook, IL 60062-7917**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Property Insurance**

Description
**Property Insurance**

Last 4 digits of account number **5317**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor    **Double Helix Corporation**      Case number *(if known)*   **25-40745**

     Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

                 $ _____ 14,785.77

**Foster Garvey**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1111 Third Avenue, Ste. 3000**

**Seattle, WA 98101**

**Date or dates debt was incurred**      **Basis for the claim:**      Description
**2024-2025**      **FCC Attorney**      FCC Attorney

**Last 4 digits of account number** _____      **Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

                 $ _____ 13,500.00

**Gladiator Consulting**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4265 Russell Blvd.**

**Saint Louis, MO 63110**

**Date or dates debt was incurred**      **Basis for the claim:**      Description
**2023**      **Strategic Planning Consultants**      Strategic Planning Consultants

**Last 4 digits of account number** _____      **Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| --- | --- | --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

                 $ _____ 2,930.25

**Happy Roof Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3106 Ivanhoe Ave.**

**Saint Louis, MO 63139**

**Date or dates debt was incurred**      **Basis for the claim:**      Description
**2024**      **R&M**      R&M

**Last 4 digits of account number** _____      **Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  **Double Helix Corporation**                                    Case number *(if known)*  **25-40745**
          Name

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $            **990.50** |

**Hoffman Brothers STL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1025 Hanley Industrial Court**

**Saint Louis, MO 63144**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| **2024** | **R&M** | **R&M** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $        **13,821.50** |

**Jackson Lewis PC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1 N. Brentwood Blvd., Ste. 1150**

**Saint Louis, MO 63105**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| **2023** | **Employment Attorney** | **Employment Attorney** |

**Last 4 digits of account number**   **0343**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $       **120,000.00** |

**Mark Hamlin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 98**

**Lake Ozark, MO 65049**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| **2013-present** | **Construction Loan** | **Construction Loan** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor **Double Helix Corporation**                                                Case number *(if known)* **25-40745**
Name

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Natural Broadcast Systems, Inc.**

**P.O. Box 761205**

**San Antonio, TX 78245**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                  269.00

**Date or dates debt was incurred**

**2024**

**Last 4 digits of account number**

**Basis for the claim:**

**Broadcast On-Air Traffic System**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Broadcast On-Air Traffic System

---

**3.25** | **Nonpriority creditor's name and mailing address**

**Peoplekeep, Inc**

**3267 E 3300 S Suite 526**

**Salt Lake City, UT 84109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                  0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Health Reimbursement Account**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Health Reimbursement Account

---

**3.26** | **Nonpriority creditor's name and mailing address**

**Principal Financial Group, Inc**

**711 High Street**

**Des Moines, IA 50392**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                  0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Employee Dental**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Employee Dental

---

Debtor __**Double Helix Corporation**__                                    Case number *(if known)* __**25-40745**__
Name

---

**3.27** | **Nonpriority creditor's name and mailing address**

__S&H Parking Systems__

__1325 N. 10th St.__

__Saint Louis, MO 63106__

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 700.00

**Date or dates debt was incurred**
__2025__

**Basis for the claim:**
__R&M__

**Description**
R&M

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

__Sandberg, Phoenix & Von Gontard P.C.__

__701 Market Street, Suite 600__

__Saint Louis, MO 63101__

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 37,697.71

**Date or dates debt was incurred**
__2024__

**Basis for the claim:**
__Corporate Attorney__

**Description**
Corporate Attorney

**Last 4 digits of account number** __7656__

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

__Superior Elevator Inspectors__

__319 Summit Road__

__Fenton, MO 63026__

**As of the petition filing date, the claim is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 320.00

**Date or dates debt was incurred**
__2024__

**Basis for the claim:**
__Annual Inspection__

**Description**
Annual Inspection

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  __**Double Helix Corporation**_____  Case number *(if known)*  __**25-40745**_____
      Name

---

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

**Swift Print Communications**

**1248 Research Blvd.**

**Saint Louis, MO 63132**

Date or dates debt was incurred

**2023**

Last 4 digits of account number    **5943**

As of the petition filing date, the claim is:
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____**13,725.84**

Basis for the claim:

**Mail House**

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Mail House**

---

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

**The Hartford Insurance**

**One Hartford Plaza**

**Hartford, CT 06155**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____**0.00**

Basis for the claim:

**Employee Workers Compensation**

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Employee Workers Compensation**

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

**The Hartford Insurance**

**One Hartford Plaza**

**Hartford , CT 06155**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____**0.00**

Basis for the claim:

**Employee Short Term Disability**

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Employee Short Term Disability**

---

Debtor  __**Double Helix Corporation**__                      Case number *(if known)*  __**25-40745**__
  Name

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $                    4,375.00 |

**Tueth Keeney Cooper Mohan Jackstadt P.C.**

**34 N. Meramec Ave., Ste. 600**

**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| **2025** | **Corporate Attorney** | **Corporate Attorney** |

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number** |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  **Add the amounts of priority and nonpriority unsecured claims.** | **Total of claim amounts** |

| 5a. | **Total claims from Part 1** | 5a. | $          280,437.16 |
| 5b. | **Total claims from Part 2** | 5b. | **+**  $          443,985.16 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          724,422.32 |

---

**Fill in this information to identify your case:**

Debtor Name __**Double Helix Corporation**__

United States Bankruptcy Court for the: __Eastern District of Missouri__

Case number (*If known*): __25-40745__          Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2.    List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  **State what the contract or lease is for and the nature of the debtor's interest**   __Equipment - Copier__  **State the term remaining** _____  **List the contract number of any government contract** _____ | **Da-Com**<br>**5317 Knights of Columbus Dr.**<br>**Saint Louis, MO 63119** |
| **2.2**  **State what the contract or lease is for and the nature of the debtor's interest**   __Real Estate - Tower Site__  **State the term remaining** _____  **List the contract number of any government contract** _____ | **John McNeely**<br>**963 Quail Terrace Ct., Apt. D**<br>**Ballwin, MO 63021** |

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name     **Double Helix Corporation**

United States Bankruptcy Court for the:     **Eastern District of Missouri**

Case number (*If known*):     **25-40745**

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC
BlueStylus

**Fill in this information to identify your case:**

Debtor name    **Double Helix Corporation**

United States Bankruptcy Court for the:    **Eastern District of Missouri**

Case number (If known):    **25-40745**

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **1/1/2025** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____78,024.00 |
| **For prior year:** | From **1/1/2024** to **12/31/2024**<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____699,643.24 |
| **For the year before that:** | From **1/1/2023** to **12/31/2023**<br>MM/DD/YYYY   MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____940,324.00 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |

Debtor    **Double Helix Corporation**                                    Case number (*if known*)    **25-40745**
                 Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| **3.1** | _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other  _____ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1** | _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br><br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Debtor | **Double Helix Corporation** | Case number *(if known)* | **25-40745** |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | Creditor's Name | | | $ |
| | Number    Street | | | |
| | City    State   ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | Creditor's Name | | | $ |
| | Number    Street | | | |
| | City    State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **D. Ridgley Brown et al v. Double Helix Corporation** | **CC Breach of Contract** | **St. Louis City Circuit Court** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case Number** <br> **2422-CC11516** | | **Civil Courts Bldg.** <br> **10 N. Tucker Blvd.** <br> Number    Street | |
| | | | **Saint Louis    MO   63101** <br> City    State   ZIP Code | |

Debtor    **Double Helix Corporation**                                          Case number *(if known)*   **25-40745**
      Name

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Stacy Bernard et al v. Double Helix Corporation** | **CC Other Misc. Actions** | **St. Louis City Circuit Court** <br> Creditor's Name | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> **2522-CC00192** | | **Civil Courts Bldg.** <br> **10 N. Tucker Blvd.** <br> Number     Street <br><br> **Saint Louis**     **MO**    **63101** <br> City     State    ZIP Code | |

7.2 (row above)

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Anne Silverstein v. Double Helix** | **CC Other Misc. Actions** | **St. Louis City Circuit Court** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **2422-CC07590** | | **Civil Courts Building** <br> **10 N. Tucker Blvd.** <br> Number     Street <br><br> **Saint Louis**     **MO**    **63101** <br> City     State    ZIP Code | |

7.3 (row above)

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ <br> Custodian's name | _____ | $ _____ |
| | **Case title** <br> _____ | **Court name and address** |
| _____ <br> Number    Street | **Case number** <br> _____ | _____ <br> Court's Name |
| _____ <br> City     State   ZIP Code | **Date of order or assignment** <br> _____ | _____ <br> Number    Street <br><br> _____ <br> City     State   ZIP Code |

8.1 (row above)

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

Debtor    **Double Helix Corporation**                           Case number *(if known)*    **25-40745**
                 Name

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | _____<br>Recipient's Name<br><br>_____<br>Number        Street<br><br>_____<br>City              State   ZIP Code | | _____ | $ _____ |

**Recipient's relationship to debtor**

_____

---

**Part 5:**  **Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total below.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| **10.1** | | _____ | _____ | $ _____ |

---

**Part 6:**  **Certain Payments or Transfers**

11.   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    **Double Helix Corporation**                                    Case number *(if known)*   **25-40745**
          Name

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.1** | **Robert E. Eggmann** <br> Recipient's Name <br><br> **Carmody MacDonald P.C.** <br> **120 South Central Ave., Ste. 1800** <br> Number    Street <br><br> **Saint Louis        MO    63105** <br> City            State  ZIP Code <br><br> **Email or website address** <br><br><br> **Who made the payment, if not debtor?** | | **03/10/2025** | $        **50,000.00** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | _____ <br><br> **Trustee** <br> _____ | | _____ | $ _____ |

**13. Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | _____ <br> Recipient's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City            State  ZIP Code <br><br> **Relationship to debtor** <br> _____ | | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Double Helix Corporation** | Case number *(if known)* | **25-40745** |
|---|---|---|---|
| | Name | | |

---

| Part 7: | **Previous Locations** |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒  Does not apply

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.

☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1**

Facility Name

_____

| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|

Number      Street

_____

City                State   ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☒  No.

☐  Yes.  State the nature of the information collected and retained.  _____

Does the debtor have a privacy policy about that information?

☐  No

☐  Yes

---

Copyright © Financial Software Solutions, LLC                                                                                              BlueStylus

Debtor    __**Double Helix Corporation**__    Case number *(if known)*  __25-40745__
          Name

---

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes.  Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Paychex Flex Retirement Services | 23-7170474 |

Has the plan been terminated?

☒ No
☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18.  **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

19.  **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | _____<br><br>**Address**<br>_____ | _____ | ☒ No<br>☐ Yes |

---

Copyright © Financial Software Solutions, LLC                                                                                                                    BlueStylus

Debtor  __Double Helix Corporation_____    Case number *(if known)*  __25-40745__
         Name

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** _____<br>Name | | | ☐ No<br>☒ Yes |
| _____<br>Number     Street | **Address** | | |
| _____<br>City            State   ZIP Code | | | |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** _____<br>Owner's Name | | | $ _____ |
| _____<br>Number     Street | | | |
| _____<br>City            State   ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                                                                                                BlueStylus

Debtor  __Double Helix Corporation_____     Case number *(if known)*  __25-40745__
           Name

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | _____ | | _____ | ☐ Pending |
| | | Name | | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | _____ | | | |
| | | Number    Street | | |
| | | | | |
| | | City              State   ZIP Code | | |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | _____ | _____ | | _____ |
| | Name | Name | | |
| | Number    Street | Number    Street | | |
| | City        State   ZIP Code | City        State   ZIP Code | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor    __Double Helix Corporation__    Case number *(if known)*    __25-40745__
Name

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | _____ |
| | Name | Name | | |
| | Number    Street | Number    Street | | |
| | City    State    ZIP Code | City    State    ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.    Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| **25.1** | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: _____ |
| | | | **Dates business existed** |
| | Number    Street | | From _____ To __Present__ |
| | City    State    ZIP Code | | |

**26.    Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| **26a.1** | **Kati Giblin** | From __2/1/2008__ To __3/10/2025__ |
| | Name | |
| | **Bookkeeper** | |
| | **1936 Winnebago St** | |
| | Number    Street | |
| | **Saint Louis**                    **MO**    **63118** | |
| | City    State    ZIP Code | |

Debtor   **Double Helix Corporation**                                    Case number *(if known)*   **25-40745**
     Name

| Name and address | Dates of service |
|---|---|
| **26a.2**   **Keith Slusser, CPA**<br>     Name<br><br>     **Auditor/Accountant**<br>     **Fick, Eggemeyer, Williamson CPAs**<br>     **6240 S. Lindbergh, Suite 101**<br>     Number    Street<br><br>     **Saint Louis**    **MO**  **63123**<br>     City    State  ZIP Code | From   **1/1/2008**   To   **3/10/2025** |

| Name and address | Dates of service |
|---|---|
| **26a.3**   **Kelly K Wells**<br>     Name<br><br>     **Executive Director/Bookkeeper**<br>     **3161 Michigan Ave**<br>     Number    Street<br><br>     **Saint Louis**    **MO**  **63118**<br>     City    State  ZIP Code | From   **1/1/2015**   To   **3/10/2025** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1**   _____<br>     Name<br><br><br>     Number    Street<br><br>     City    State  ZIP Code | From _____   To   **Present** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**   **Kelly K. Wells**<br>     Name<br><br>     **Executive Director**<br>     **3524 Washington Ave.**<br>     Number    Street<br><br>     **Saint Louis**    **MO**  **63103**<br>     City    State  ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Double Helix Corporation** | Case number *(if known)* | **25-40745** |
|---|---|---|---|
| | Name | | |

| **Name and address** |
|---|

| **26d.1** | **Financing Solutions** |
|---|---|
| | Name |

| | **Keith Giovannoli** |
|---|---|
| | **612 Main Street** |
| | Number        Street |

| | **Boonton** | **NJ** | **07005** |
|---|---|---|---|
| | City | State | ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| | | $ |

| **Name and address of the person who has possession of inventory records** |
|---|

| **27.1** | |
|---|---|
| | Name |

| | | |
|---|---|---|
| Number | Street | |

| | | |
|---|---|---|
| City | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|---|
| **28.1** | **Caryn Haddix** | **5462 Tholozan**<br>**Saint Louis, MO 63109** | **Director** | **0.00** |
| **28.2** | **Courtney Dowdall** | **4239 Castleman**<br>**Saint Louis, MO 63110** | **Director** | **0.00** |
| **28.3** | **Franc Flotron** | **14 Arrowhead Estates Ln**<br>**Chesterfield, MO 63017** | **Director** | **0.00** |
| **28.4** | **Gary Pierson** | **3408 Wisconsin**<br>**Saint Louis, MO 63118** | **Officer - President** | **0.00** |
| **28.5** | **Jeffrey Fernhoff** | **1062 Glenway Drive**<br>**Saint Louis, MO 63122** | **Director** | **0.00** |
| **28.6** | **Joan Bray** | **7166 Pershing**<br>**Saint Louis, MO 63130** | **Officer - Secretary** | **0.00** |
| **28.7** | **Paul Dever** | **3849 Hartford St.**<br>**Saint Louis, MO 63116** | **Office - Vice President** | **0.00** |

Debtor    **Double Helix Corporation**                                      Case number *(if known)*    **25-40745**
Name

| 28.8 | **Ray Finney** | 531 Colebrook Dr., Apt. D<br>Saint Louis, MO 63119 | Officer - Treasurer | 0.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☒ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **29.1** | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☒ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| **30.1** Recipient's Name<br><br>Number      Street<br><br>City                State    ZIP Code<br>**Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☒ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: _____ |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   **Double Helix Corporation**                                    Case number *(if known)*   **25-40745**
     Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/7/2025**
           MM/DD/YYYY

**✗**   **/s/ Kelly K Wells**                                    Printed name   **Kelly K Wells**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor   **Executive Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC        BlueStylus

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

In re:                                                    Case No.:    **25-40745**

**Double Helix Corporation**                              Chapter:     **11**


**Debtors(s)**

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,    **Double Helix Corporation**    , a

☒ Corporate Debtor

☐ Party to an adversary proceeding

☐ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

> All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☒ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

| 4/7/2025 | By: | **/s/ Robert Eggmann** |
|---|---|---|
| Date | | **Robert Eggmann** |

Signature of Attorney or Litigant

Counsel for    **Double Helix Corporation**

**Robert Eggmann**
**Carmody MacDonald P.C.**
**Saint Louis, MO 63105**
Telephone: **(314) 854-8600**

Copyright © Financial Software Solutions, LLC                    BlueStylus