**United States Bankruptcy Court**
**Eastern District of Missouri**

In re: DOUBLE HELIX CORPORATION, d/b/a KDHX COMMUNITY MEDIA

Debtor(s)

Case No. 25-40745
Chapter 11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case will be on an hourly basis at the rate of $510.00 per hour. Subject to the approval of the Court as to the DIP loan, Attorney has been paid the sum of $10,307.50 for pre-petition fees and is currently holding the sum of $39,692.50 as a proposed retainer.

2. The source of the compensation paid to me was:
   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of Debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and
   d. Representation of Debtors in adversary proceedings and other contested bankruptcy matters.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: April 7, 2025

/s/ Robert E. Eggmann
Robert E. Eggmann, #37374MO
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105
314-854-8600   Fax: 314-854-8660
ree@carmodymacdonald.com