RECEIVED + FILED

2025 APR -8  AM 11: 15

CLERK, U.   ... ...PTCY COURT
EAS  ERN DISTRICT
ST LOUIS, MISSOURI-C

United States Bankruptcy Court

Eastern District of Missouri

111 S. 10th Street, 4th Floor, Clerk's Office

St. Louis, MO 63102

Re: Case: Double Helix Corporation

Case No. 25-40745

Honorable Judge Kathy A. Surratt-States:

I am writing as a longtime donor and supporter of KDHX Community Radio to respectfully ask the Court to carefully review the circumstances surrounding this bankruptcy and the proposed disposition of its assets. This case affects not only the legal and financial interests of the parties involved, but also the cultural and civic life of thousands of citizens in our community.

For more than ten years, my wife and I have donated to KDHX and spent countless hours listening to music curated and delivered by a dedicated group of volunteer DJs. The station provided a unique and invaluable public service—offering programming unavailable on commercial radio and reflecting the diversity and character of our community.

Over the past two decades, as the radio and television industries have become increasingly dominated by large, profit-driven corporations, KDHX stood out as a true community institution—operated by and for the public. It was originally established to be governed by its listeners and, especially, the volunteers who gave their time and talent to make it special.

I have taken time to review the nonprofit corporation's structure and understand that changes were made in recent years to the process by which board members are elected. These changes appear to have allowed the current board and management to act without proper accountability to the broader KDHX community. As a result, decisions have been made that, in my view, have

directly undermined the mission of the organization and alienated the very donors and volunteers who sustained it.

As a donor, I feel misled and defrauded. The current leadership appears to have made drastic programming and governance changes with the knowledge that they could ultimately sell KDHX's valuable FCC license—an asset reportedly worth more than $4 million. This raises serious concerns about self-dealing and the misuse of charitable contributions for personal or organizational gain.

While I understand that I may not have legal standing to formally object to this sale, I urge the Court to consider the broader implications of this case. The actions of the current board and management have resulted in a profound loss for our community. At a minimum, I believe a full and transparent accounting is warranted, and if fraud or misconduct has occurred, those responsible should be held accountable.

Thank you for your time and consideration.

Respectfully,

Stewart Clark

2331 St. Clair Ave.

St. Louis, MO 63144

CC: Alan Achkar

Executive Editor

St. Louis Post-Dispatch