Judge Kathy A. Surratt-States

I'm am writing in reference to Case: Double Helix Corporation Case:# 25-40745.

I must admit, I am heartbroken over the chain of events that have effected my daily life. I'm speaking of the firing and resignations of several DJs on my favorite radio station, KDHX.

I listened to KDHX everyday for over 25 years. I enjoyed the variety of music which was hand selected by individual DJs. I was introduced to new artists; international, national, and local. This has enriched my life, my family and others, as I introduced them to music I heard on the station.

The radio station also deepen my community life. I was informed of concerts, plays, festivals, and other community events. I was introduced to many volunteer opportunities, which I have taken advantage. I became a mentor for several years, and was introduced to Shaw Nature Reserve, where I have been a education volunteer for 22 years.

The absence of the station in its pre-firing state has been devastating. It as been a void in my life which I haven't been able to fill.

The current administration has taking away a daily joy in my life.

Please consider the effect this sale will have on individuals and the community.

Sincerely,

*Nancy Clark*

April 7, 2025

RECEIVED+FILED
2025 APR -8 AM 11:15
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-C