| | | |
|---|---|---|
| Label Matrix for local noticing<br>0865-4<br>Case 25-40745<br>Eastern District of Missouri<br>St. Louis<br>Thu Apr  3 13:53:54 CDT 2025 | 3526 Washington LLC<br>50 Picardy Lane<br>Saint Louis, MO 63124-1629 | A&W Lawn & Landscaping<br>5430 Amber Meadows Dr.<br>Imperial, MO 63052-3131 |
| AHC Consulting<br>567 Hanley Industrial Court<br>Saint Louis, MO 63144-1901 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | Aetna Health, Inc<br>151 Farmington Ave<br>Hartford, CT 06156-0001 |
| Alliance Systems<br>999 Executive Parkway Drive, Ste. 320<br>Saint Louis, MO 63141-6336 | Alliant Insurance Services, Inc<br>18100 Von Karman Ave.<br>Irvine, CA 92612-0169 | Ameren<br>PO Box 88034<br>Chicago, IL 60680-1034 |
| Ameren<br>PO Box 88068<br>Chicago, IL 60680-1068 | Andrea E. Dunn<br>2617 Louisiana<br>Saint Louis, MO 63118-1126 | Benjamin Reid Askew<br>Askew Law LLC<br>4117 Olive Street<br>St. Louis, MO 63108-3125 |
| Bourgeois Door Company<br>P.O. Box 270066<br>Saint Louis, MO 63127-0066 | Brown Dog Networks<br>1733 Chase Dr.<br>Fenton, MO 63026-2001 | Linda Chambless<br>1846 Harbor Mill<br>Fenton, MO 63026-2653 |
| Paul Chambless<br>1846 Harbor Mill<br>Fenton, MO 63026-2653 | Chase Cardmember Service<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | Allen Coalson<br>58 Ruth Ann Dr.<br>Godfrey, IL 62035-3404 |
| Dianne Crowe<br>4630 Britcastle Dr.<br>St. Louis, MO 63128-3403 | Da-Com<br>5317 Knights of Columbus Dr.<br>Saint Louis, MO 63119-5060 | A. Thomas DeWoskin<br>Danna McKitrick, P.C.<br>7701 Forsyth Blvd., Suite 1200<br>St. Louis, MO 63105-1816 |
| Double Helix Corporation<br>3524 Washington Ave<br>Saint Louis, MO 63103-1019 | Robert E Eggmann III<br>Carmody MacDonald P.C.<br>120 South Central Avenue, Suite 1800<br>Clayton, MO 63105-1726 | Engineered Fire Protection, Inc.<br>230 Sovereign Court<br>Ballwin, MO 63011-4415 |
| F. E. W. CPAs<br>6240 S. Lindbergh, Suite 101<br>Saint Louis, MO 63123-7829 | Financing Solutions<br>3773 Howard Hughes Parkway, Ste. 500S<br>Las Vegas, NV 89169-6014 | (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 |
| Foster Garvey<br>1111 Third Avenue, Ste. 3000<br>Seattle, WA 98101-3296 | Gladiator Consulting<br>4265 Russell Blvd.<br>Saint Louis, MO 63110-3510 | Happy Roof Company<br>3106 Ivanhoe Ave.<br>Saint Louis, MO 63139-2531 |

Hoffman Brothers STL
1025 Hanley Industrial Court
Saint Louis, MO 63144-1907

Jacob Hurst
3727 Park Crest
St. Louis, MO 63125-2460

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Jackson Lewis PC
1 N. Brentwood Blvd., Ste. 1150
Saint Louis, MO 63105-3907

Jesse M. Hebisen
914 N. Elm
Saint Louis, MO 63119-1723

John McNeely
963 Quail Terrace Ct., Apt. D
Ballwin, MO 63021-8316

Jon K. Valley
416 Valley View Drive
East Alton, IL 62024-1950

Joshua Michael Jones
U.S. Attorney's Office
111 S. 10th Street
Suite 20.333
St. Louis, MO 63102-1127

K-Love, Inc.
C/o Andrew R Magdy
Summers Compton Wells LLC
903 S. Lindbergh Blvd.
#200
St. Louis, MO 63131-2934

K-Love, Inc.
c/o Andrew Magdy
Summers Compton Wells PC
903 S. Lindbergh Blvd., #200
Saint Louis, MO 63131-2934

Kelly K. Wells
3161 Michigan Ave.
Saint Louis, MO 63118-2119

Ken Kranzberg Revocable Trust
50 Picardy Lane
Saint Louis, MO 63124-1629

Andrew R Magdy
Summers Compton Wells LLC
903 S. Lindbergh Blvd.
#200
St. Louis, MO 63131-2934

Mark Hamlin
1 Denbrook Terrace
St. Charles, MO 63301-4871

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
301 W High St
Jefferson City, MO 65101-1517

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

Nathaniel M. Knoll
4 Ola Ave.
Saint Louis, MO 63119-4742

Natural Broadcast Systems, Inc.
P.O. Box 761205
San Antonio, TX 78245-6205

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

Peoplekeep, Inc
3267 E 3300 S Suite 526
Salt Lake City, UT 84109-2246

Principal Financial Group, Inc
711 High Street
Des Moines, IA 50392-0001

Ralph Brancato
2916 Concordia Lane
Saint Charles, MO 63301-4614

Ronnie D. Wisdom Jr.
6437 Mardel
Saint Louis, MO 63109-1357

S&H Parking Systems
1325 N. 10th St.
Saint Louis, MO 63106-4550

Sandberg, Phoenix & Von Gontard P.C.
701 Market Street, Suite 600
Saint Louis, MO 63101-1826

Superior Elevator Inspectors
319 Summit Road
Fenton, MO 63026-3906

Swift Print Communications
1248 Research Blvd.
Saint Louis, MO 63132-1714

The Hartford Insurance
One Hartford Plaza
Hartford, CT 06155-0001

James Treece
Missouri Department of Revenue
301 W High St
PO Box 475
Room 670
Jefferson City, MO 65105-0475

Tueth Keeney Cooper Mohan Jackstadt P.C.
34 N. Meramec Ave., Ste. 600
Saint Louis, MO 63105-3953

United States of America
on behalf of Internal Revenue Service

Nathan R Wallace
Carmody MacDonald PC
120 S Central Ave
Ste 1800
St Louis, MO 63105-1726