UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | In Proceedings Under Chapter 11 |
| ) | |
| DOUBLE HELIX CORPORATION, ) | Case No.: 25-40745 |
| d/b/a KDHX COMMUNITY MEDIA, ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached Agreed Order Authorizing and Directing Examination of Debtor Pursuant to Rule 2004 was served on April 8, 2025, via the Courts electronic filing system, on all parties on the Courts' electronic mailing list and by first class mail on those of the twenty largest unsecured creditors not receiving electronic service by the Court, a copy of which is attached hereto.

/s/ A. Thomas DeWoskin

4905-7793-3108, v. 1