| | | |
|---|---|---|
| AHC Consulting<br>567 Hanley Industrial Court<br>Saint Louis, MO 63144-1901 | Ameren<br>PO Box 88068<br>Chicago, IL 60680-1068 | F. E. W. CPAs<br>6240 S. Lindbergh, Suite 101<br>Saint Louis, MO 63123-7829 |
| Foster Garvey<br>1111 Third Avenue, Ste. 3000<br>Seattle, WA 98101-3296 | Andrea E. Dunn<br>2617 Louisiana<br>Saint Louis, MO 63118-1126 | Chase Cardmember Service<br>P.O. Box 15123 Wilmington, DE 19850-5123 |
| Financing Solutions<br>3773 Howard Hughes Parkway, Ste. 500S<br>Las Vegas, NV 89169-6014 | Gladiator Consulting<br>4265 Russell Blvd.<br>Saint Louis, MO 63110-3510 | Jackson Lewis PC<br>1 N. Brentwood Blvd., Ste. 1150<br>Saint Louis, MO 63105-3907 |
| Jon K. Valley<br>416 Valley View Drive<br>East Alton, IL 62024-1950 | Swift Print Communications 1248 Research Blvd.<br>Saint Louis, MO 63132-1714 | Ralph Brancato<br>2916 Concordia Lane<br>Saint Charles, MO 63301-4614 |
| Sandberg, Phoenix & Von Gontard P.C. 701 Market Street, Suite 600<br>Saint Louis, MO 63101-1826 | Jesse M. Hebisen<br>914 N. Elm<br>Saint Louis, MO 63119-1723 | Kelly K. Wells<br>3161 Michigan Ave.<br>Saint Louis, MO 63118-2119 |
| Mark Hamlin<br>1 Denbrook Terrace<br>St. Charles, MO 63301-4871 | Nathaniel M. Knoll<br>4 Ola Ave.<br>Saint Louis, MO 63119-4742 | Ronnie D. Wisdom Jr.<br>6437 Mardel<br>Saint Louis, MO 63109-1357 |
| First Insurance Funding<br>450 Skokie Blvd. Ste. 1000<br>Northbrook, IL 60062-7917 | | |