DOUBLE HELIX CORPORATION
Case number 25-40745

April 7, 2025

To Whom It May Concern,

My name is Kip Loui, and I am a long time listener and supporter of Community Radio Station KDHX 88.1 FM, or at least I was. I am a former DJ at the station, and I was a member of its programming committee for approximately four years back in the '00's. I was also (very) briefly a board member of KDHX in October-November of 2024.

I am writing in fervent support of keeping KDHX alive and local. KDHX is one of the the very last truly independent radio stations in our region. Listener supported and community centered, it is non-partisan, egalitarian and inclusive by design. In a world where media consolidation is practically a foregone conclusion, KDHX remains an independent voice and true cultural institution here in STL. The people most responsible for KDHX's bankruptcy are currently trying to sell the only remaining asset the station has, which is the FM frequency itself. But it doesn't belong to them–not legally, morally, or ethically. KDHX is owned by the people of St. Louis. And we the people wholeheartedly support local, community ownership of this rare jewel.

Thank you for your time,

*[signature]*   April 7, 2025

Kip Loui
1026 Briarton Drive
St. Louis, MO 63126

*RECEIVED-FILED
2025 APR 10 AM 10: 58
CLERK, US DISTRICT...
EASTERN DISTRICT
ST. LOUIS, MISSOURI*