4/9/25

Ivy Hallquist
315 Franklin Ave.
Edwardsville IL 62025

RECEIVED & FILED

APR - 9 2025

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Honorable Judge Kathy A. Surratt-States
United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th St., 4th Floor, Clerk's Office
St. Louis, MO 63102

Case: Double Helix Corporation
Case # 25-40745

Dear Honorable Judge Surratt-States,

I live in Edwardsville Illinois and have listened to KDHX throughout my life. It is a great resource for listening to new and interesting genres of music. It is also a great ally to the local music scene, especially local musicians. I am a local musician in a band called Hallquist!(formerly known as The Hallquist Brothers). Our debut album came out in 2017. Because of KDHX, specifically the DJ John Wendland, a song from our album was played on the radio for the very first time. What a joy for me and my brother! Please allow this huge community resource to be saved by crafting a plan to have KDHX repay its creditors. It is the best plan for the whole community and the rest of the world who listen on the internet. Please help us save local Community Radio.

Respectfully,

Ivy Hallquist

Ivy Hallquist