4/9/25

Jackson Hallquist
13 Briarcliffe Dr.
Collinsville IL 62234

RECEIVED & FILED
APR - 9 2025
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Honorable Judge Kathy A. Surratt-States
United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th St., 4th Floor, Clerk's Office
St. Louis, MO 63102

Case: Double Helix Corporation
Case # 25-40745

Dear Honorable Judge Surratt-States,

I live in Madison County, Illinois, and have listened to KDHX throughout my life. I love the sheer variety of music played on KDHX. One hour it's Rockabilly, two hours later it's blues & funk, then later on it's reggae or ska. They are also a great ally to the local music scene. I am a drummer in a band with my sister called Hallquist!(formerly known as The Hallquist Brothers). Our debut album came out in 2017. The DJ, John Wendland who had a show for 20 yrs on Thursdays 7-10am called "Memphis to Manchester" played a song from it on the radio for the very first time. What a joy for me and my brother! I am now a drummer ("Ringo") in a Beatles tribute band, ~~[redacted]~~. I was made aware of this opportunity by a KDHX DJ, Rich Reese. I am a professional drummer playing at Enjoy Church every Sunday as well as in other bands locally. Please allow KDHX to be saved by crafting a plan to have KDHX repay its creditors. It is a treasure trove of music on the left end of the dial. This is the best plan for our community and the world(who listens on the internet). Thank you for listening.

Best regards,

*Jackson Hallquist*

Jackson Hallquist