4/9/25

Valerie Barber, OD
315 Franklin Avenue
Edwardsville IL 62025
vbarber.od@gmail.com
618-696-9973

RECEIVED & FILED

APR - 9 2025

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Judge Kathy A. Surratt-States
United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th St., 4th Floor, Clerk's Office
St. Louis, MO 63102

Case: Double Helix Corporation
Case # 25-40745

Dear Honorable Judge,

Hello. I am writing as a concerned citizen of the St.Louis area about the fate of the community radio station KDHX 88.1 FM. I have listened and donated money to KDHX since 2000. It has been an integral part of my life. The variety of music they play and the sheer knowledge of the volunteer DJ's is irreplaceable. I've learned about so many new musicians and new genres of music listening to KDHX. Their daily concert calendars and community events are invaluable to the St.Louis area listening community. Had I not heard how awesome Rhiannon Giddons was from several DJs, I would not have known about her concert at the Sheldon. What an enjoyable evening!

They also play local musicians' music on the station. My children have a band, The Hallquist Brothers. A song from their album released in 2017 was played for the first time on the radio by a DJ on KDHX. What a joyful event in our family! My adult children are professional musicians in our

community now. My son is "Ringo" in a Beatles Tribute band called The Fab Lads. He learned about that opportunity from a DJ on KDHX. My other child plays live gigs around the area on guitar.

As you can see, KDHX is a vast resource of musical knowledge, and the volunteer DJs are passionate about spreading the positivity that only music by the community and for the community can provide.
Please allow us to save this precious gem at the left of the FM dial by allowing KDHX to repay its creditors and remain on the dial as a true Community Radio Station.
Thank you for your time.

Sincerely,

*Valerie Barber*

Valerie Barber, OD