# FROM THE DESK OF
# LEONARD SLATKIN

RECEIVED + FILED
2025 APR 15  AM 10: 55

United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th St., 4th Floor, Clerk's Office
St. Louis, MO 63102

Case: Double Helix Corporation
Case # 25-40745

April 10, 2025

To the Honorable Judge,

Radio is one of the last bastions of the imagination. Living in the age of visual media, we are bombarded with images day and night. These represent the thoughts of others, and although they can provoke discussion and even dissent, the pictures cannot be altered by our minds.

When I moved to St. Louis in 1968, there was this lonely looking house on Olive Blvd. in what used to be Gaslight Square. From that building, the sounds of a new generation could be heard. KDNA was the place you went when you wanted something stimulating and different. But more than that, it offered us the opportunity to create our own representations of the sounds we were hearing. Our minds came alive.

Today, through its successor, KDHX, much of that imaginative spirit lives on in the form of exceptional music, arts, issues, and culture programming. However, recent events have put the station in a difficult financial position, and KDHX is at risk of being sold to an out-of-town conglomerate. We cannot afford to lose this valuable community resource and communication tool.

Please help keep KDHX alive and local by supporting the LOVE of KDHX campaign to save community radio in St. Louis. Long may it thrive.

Sincerely,

*Leonard Slatkin*

Leonard Slatkin
Conductor Laureate, St. Louis Symphony Orchestra

CONDUCTOR | COMPOSER | AUTHOR
https://www.leonardslatkin.com