4/11/25

Jay Beauvais
2239 Thurman Ave.
St.Louis MO 63110-3934

RECEIVED & FILED
APR 1 4 2025
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Honorable Judge Kathy A. Surratt-States
United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th St., 4th Floor, Clerk's Office
St. Louis, MO 63102

Case: Double Helix Corporation
Case # 25-40745

Dear Honorable Judge Surratt-States,

I am writing as a concerned St.Louis citizen and KDHX listener. KDHX is a unique source of a huge variety of musical genres for the St.Louis listening community and the world beyond via its internet presence. Its concert calendars are invaluable for informing the local community about both local and national acts performing in St.Louis and the surrounding area as well. The spots called "The St.Louis Music Note" dive into the history of different musicians who are either from St.Louis or lived here and showcases their impact on music both locally and nationally. They are an ally of local musicians as well, having them perform live in studio as well as playing their music on the radio, making the world aware of their gift. Leonard Slatkin (former director of the St.Louis Symphony & one of the founders of Double Helix Corporation, the parent of KDHX) has issued this statement:
**Statement on the KDHX Crisis**

Leonard Slatkin

Radio is one of the last bastions of the imagination. Living in the age of visual media, we are bombarded with images day and night. These represent the thoughts of others, and although they can provoke discussion and even dissent, the pictures cannot be altered by our minds.

When I moved to St. Louis in 1968, there was this lonely looking house on Olive Blvd. in what used to be Gaslight Square. From that building, the sounds of a new generation

could be heard. KDNA was the place you went when you wanted something stimulating and different. But more than that, it offered us the opportunity to create our own representations of the sounds we were hearing. Our minds came alive.

Today, through its successor, KDHX, much of that imaginative spirit lives on in the form of exceptional music, arts, issues, and culture programming. However, recent events have put the station in a difficult financial position, and KDHX is at risk of being sold to an out-of-town conglomerate. We cannot afford to lose this valuable community resource and communication tool.

Please help keep KDHX alive and local by supporting the LOVE of KDHX campaign to save community radio in St. Louis. Long may it thrive.

Leonard Slatkin

*Former conductor of the St. Louis Symphony Orchestra, Leonard Slatkin is a composer, author, Grammy Award winner, and National Medal of the Arts honoree. He is one of the original founders of the Double Helix corporation, the parent company of KDHX. His name and signature are on the original Double Helix Articles of Incorporation of 1971.*

Honorable Judge Kathy, please allow a plan for KDHX to repay its creditors. We cannot afford to lose this precious gem at the left end of the radio dial. Thank you for your time and consideration.

Sincerely,

*[signature: Jay Beauvais]*

Jay Beauvais