United States Bankruptcy Court
Eastern District of Missouri
St. Louis, MO 63102

RECEIVED+FILED
2025 APR 28  AM 10: 58

Case: Double Helix Corporation Case# 25-40745

To the Honorable Judge Kathy A. Surratt-States:

My name is Dan Brennan, and I was a volunteer for KDHX for about 8 years before the pandemic hit. In KDHX, I found the perfect opportunity after retirement to contribute to what I considered a civic treasure, since I love music and I love discovering music that is not easily accessible on commercial radio.

KDHX had an unbelievable diversity of music. You never knew what you were going to hear when you tuned in. As a volunteer, I was able to chit chat with many of the DJs, all of whom were obsessively dedicated to the station's mission to play non-commercial music. They all understood how depressing the commercial radio landscape can be, with idiotic DJs laughing at each other's jokes, while playing the same 20 songs over and over again. KDHX was a breath of fresh air and a lifeline for me. I loved the station and loved volunteering there.

I hope there is a solution to the current situation that keeps the radio station that I loved alive. It's a civic asset that's worth every effort we can muster to save.

Thanks for your consideration.

*Daniel P. Brennan*

Daniel P. Brennan
3101 Allen Ave.
St Louis, MO 63104

April 25, 2025