Peggy Mueller
235 Wyandotte Street
Edwardsville, Illinois

April 24, 2025

Honorable Judge Kathy A. Surratt-States
U.S. Bancruptcy Court
Eastern Division of Missouri
St. Louis, Missouri

RECEIVED + FILED
2025 APR 28  AM 10:59

Re: Double Helix Corporation, Case # 25-40745

    I am a listener and community member of KDHX radio. I advocate for a transfer to the community group that will maintain it as a non-commercial eclectic music broadcaster. Our region has more than two Christian stations, but no other station with the qualities and community support of KDHX.

    I began listening in earnest a few years ago, and especially liked the knowledgable deejays. They were forced out in a dispute. Donations dropped off. But fans are waiting for a return of our station to former format and will donate.

    Please deny the sale of KDHX to a Christian broadcaster.

    Sincerely,

Peggy Mueller
Peggy Mueller
April 24, 2025