UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 11 |
| | ) | Case No. 25-40745-659 |
| DOUBLE HELIX CORPORATION, | ) | Honorable Kathy A. Surratt-States |
| d/b/a KDHX COMMUNITY MEDIA, | ) | |
| | ) | Hearing Date:  June 9, 2025 |
| Debtor. | ) | Hearing Time: 11:00 a.m. |
| | ) | Hearing Location: Courtroom 7 North |
| | ) | Response Deadline: June 2, 2025 |
| | ) | |
| | ) | Robert E. Eggmann, Esq. |
| | ) | Carmody MacDonald P.C. |
| | ) | 120 S. Central Ave., Suite 1800 |
| | ) | St. Louis, MO  63005 |
| | ) | (314) 854-8600 |
| | ) | ree@carmodymacdonald.com |

NOTICE OF HEARING OF DEBTOR'S MOTION FOR ENTRY OF ORDER:
(I) ASSUMING AN EXECUTORY CONTRACT WITH ONE EAGLE ADVISORY LLC
AND STRATEGIC TAX PLANNING LLC, PURSUANT TO 11 U.S.C. § 365; AND
(II) FOR AUTHORITY TO PAY FUNDS DUE UNDER THE EXECUTORY CONTRACT

WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT
YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT
THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING
PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO
THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE BY JUNE
2, 2025.

YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.
IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED
WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND
HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.
THE DATE IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE,
THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE
THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

PLEASE TAKE NOTICE that on May 9, 2025, Double Helix Corporation, d/b/a
KDHX Community Media (the "**Debtor**"), the above-captioned debtor and debtor in possession,
filed a *Motion for Entry of Order: (I) Assuming an Executory Contract with One Eagle Advisory
LLC and Strategic Tax Planning LLC, Pursuant to 11 U.S.C. § 365; and (II) for Authority to Pay*

*Funds Due Under the Executory Contract* (the "**Motion**"), seeking authority of the United States Bankruptcy Court to assume an executory contract with One Eagle Advisory LLC and Strategic Tax Planning LLC and to pay fees due to said parties under the terms of the contract.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion on **June 9, 2025 at 11:00 a.m.**, or as soon thereafter as the matter may be heard, at the Thomas F. Eagleton U.S. Courthouse, 111 S. 10th Street, Courtroom 7-North, St. Louis, MO 63102.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ *Robert E. Eggmann*
Robert E. Eggmann #37374MO)
Nathan R. Wallace (#74890MO)
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
nrw@carmodymacdonald.com

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of May, 2025, a true and correct copy of this *Motion for Entry of Order: (I) Assuming an Executory Contract with One Eagle Advisory LLC and Strategic Tax Planning LLC, Pursuant to 11 U.S.C. § 365; and (II) for Authority to Pay Funds Due Under the Executory Contract* and *Notice of Hearing* was filed electronically with the United States Bankruptcy Court and has been served on all parties scheduled on the Court's ECF Notice List and upon all interested parties by regular U.S. mail, postage prepaid as listed below:

One Eagle Advisory
9450 SW Gemini Dr, Suite 31308
Beaverton, OR, 97008

Strategic Tax Planning
839 Bestgate Road, Suite 400A
Annapolis, Maryland 21401

/s/ *Robert E. Eggmann*