Case: Double Helix Corporation
Case # 25-40745

2025 JUN -3 PM 3: 27

This letter is addressed to Judge Kathy A. Surratt-States regarding the bankruptcy case for FM Radio 88.1 KDHX.

Dear Judge Surratt-States,

My name is Mark Waterman, I am a 34 year old resident of St. Louis City. I was born and raised in St. Louis and KDHX Community Radio has been a part of my life for as long as I can remember. The station's volunteer DJs produced incredible shows, and it is not hyperbole to say that KDHX was a world-class institution, widely recognized for its efforts to preserve our city's musical heritage. I have discovered so much incredible music on KDHX over the years, that when asked to describe my musical taste, I often just point friends towards the station. The station also functioned as a relentless backer of local artists and up and coming talent from around the country, and the station's "concert calendar" led me to many excellent concerts through the years as well.

Over the last few years, the station has unfortunately fallen into disarray, and I cannot honestly pretend to understand why or how this has occurred. All I know is that the DJs who I grew up listening to, who I looked forward to hearing on a weekly basis, many of whom had been on the air for more than three decades, began to leave or be dismissed from the station for reasons that remain a mystery to me and to the general public. Loyal listeners were kept in the dark, as were DJs and volunteers who had given decades of their lives to the station.

I do not pretend to understand the inner workings of the non-profit responsible for running the station. However, in my lifetime I do not recall the station ever facing financial distress, supported as it was by its many, many loyal listeners and local sponsors. I can only imagine that the bankruptcy comes as a result of serious mismanagement of funds and poor leadership.

I urge you to reject the sale of the station to another entity as a result of the bankruptcy proceedings. The court would be siding with moneyed interests over the will of the listening public, a public that has supported, and will continue to support, KDHX's continued existence as a priceless community asset. I urge you to consider the plans put forth by Love of KDHX that would "right the ship" and put the station back on a path to financial stability while maintaining its original character. Please do not allow our cherished community assets to be sold off to out of town corporations. Our local arts scene would never be the same without KDHX.

Sincerely,

*[signature]*

Mark Waterman
3923 Minnesota Ave
St. Louis, MO 63118