Ben Westhoff
8764 Rosalie Avenue, #440309
St. Louis, MO 63144

RECEIVED+FILED

2025 JUN -4 AM 10: 58

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI

United States Bankruptcy Court
Eastern District of Missouri
111 S. 10th St., 4th Floor, Clerk's Office
St. Louis, MO 63102

Case: Double Helix Corporation
Case # 25-40745

Honorable Judge,

    I am a St. Louis resident, music journalist, and music fan. KDHX is my favorite station. Though I have lived in St. Louis for almost twenty years, I have also lived in big coastal cities, and have listened to community radio stations in those cities and around the country. I can say without exaggeration that KDHX is the best there is.
    No other station in America has such incredible programming and community engagement. St. Louis is a more interesting, more culturally rich, and more tight-knit community because of it.
    Because of KDHX, I have learned so much about music, met so many interesting people, and attended so many great events. There is absolutely nothing like it; it cannot be replaced, and losing it would be a terrible tragedy for the area.

Sincerely,

Ben Westhoff
May 31, 2025