June 2, 2025

RECEIVED + FILED
2025 JUN -4 AM 11: 02
CLERK, US BANKRUPTCY
EASTERN DISTRICT
ST LOUIS, MISSOURI

Case: Double Helix Corporation

Case #: 25-40745

Honorable Judge Kathy A. Surratt-States,

I wish to present additional information about KDHX and the St Louis community.

It was very strange to read the headlines of the front page of the Post-Dispatch April 15, 2025 with two of the major stories being about KDHX and El Salvador. I wish to connect the headlines of 2025 with the beauty of the KDHX community in 1988. I was first told about KDHX in 1988 at a meeting in which we were trying to produce a benefit concert to raise money for Gaurjila, El Salvador which is St Louis' sister city in El Salvador. KDHX was always a beautiful community station and supported us from the beginning. Larry Weir wrote the KDHX letter for me on August 11, 1988 inviting an highly acclaimed, international artist. KDHX started in a run-down building, but through great community support over the next three decades advanced to a plush studio complex named Larry J Weir Center for Independent Media. In April, 1989 they did a 2.5 hour special on the artist, Bruce Cockburn, that would be doing our benefit concert one week later at Mississippi Nights. With the community support of KDHX and many other local groups, we were able to forward our benefit money to our sister city Gaurjila, El Salvador.

KDHX was started by a bunch of St Louis community members as a tiny radio project and grew to a nationally-known music and arts complex with big-name musicians visiting and playing within the station. With recent major personality conflicts, that beautiful neighborhood radio station might be taken over by a giant conglomerate. It should not be the biggest dollar amount that determines the outcome of this special case, but the needs and wants of the St Louis community.

Sincerely,

Dave Toler

Dave Toler