

| KDHX Board Meeting - Executive Session |
|---|
| 03/03/2025  -  7:00 PM |
| Zoom |

## Agenda topics

- Call to Order (7:03 p.m.)
- Explanation of Associate Member vote
- Board vote
- Bankruptcy
- Adjourn (7:54 p.m.)

**Attendees:** Joan Bray, Paul Dever, Jeffrey Fernhoff, Ray Finney, Franc Flotron, Caryn Haddix, Gary Pierson, Kelly Wells

| Actions | First | Second | Vote |
|---|---|---|---|
| Authorize the sale of the radio frequency licensed by the Federal Communications Commission to Double Helix Corporation (88.1 FM) contingent on the final transactional documents and the counsel of our attorneys. | Jeff | Joan | Unanimous |
| Authorization of bankruptcy filing for reorganization | Caryn | Jeff | Unanimous |
| Adjourn (7:54 p.m.) | Paul | Ray | Unanimous |
|  |  |  |  |

Exhibit 1

KDHX_000090

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

Exhibit 1

KDHX_000091