| First Name | Last Name |
|---|---|
| Caryn | Haddix |
| Courtney | Dowdall |
| Franc | Flotron |
| Gary | Pierson |
| Jeffrey | Fernhoff |
| Joan | Bray |
| Paul | Dever |
| Ray | Finney |
| Ryan | Spearman |

Exhibit 2

KDHX_000012