RESOLUTION OF
DOUBLE HELIX CORPORATION
d/b/a KDHX COMMUNITY MEDIA

The undersigned, being all of the members of the Board of Directors of DOUBLE HELIX CORPORATION d/b/a KDHX COMMUNITY MEDIA (the "Company"), a not-for-profit corporation organized and existing under the law of the State of Missouri pursuant to Bylaws dated as of March 15, 2021 and the Articles of Incorporation filed with the Missouri Secretary of State on August 12, 1971, as amended from time to time, (collectively the "Organizational Documents").

The undersigned, hereby amend Article II, Section 2 K of the Bylaws dated March 15, 2021 as follows:

Existing language:
K. Quorum of Associate Members
At all meetings of the Associate Members, 17 members or 10% of the Associate Members in good standing (whichever is greater) shall constitute a quorum at such meeting. However, less than such quorum shall have the right successively to adjourn the meeting to a specified date not longer than ninety (90) days after such adjournment. Notice of such adjournment must be given to Associate Members not present in person at any such meeting. A quorum must be present during a meeting in order to transact any business.

New language:
K. Quorum of Associate Members
At all meetings of the Associate Members, 10% of the Associate Members in good standing shall constitute a quorum at such meeting. However, less than such quorum shall have the right successively to adjourn the meeting to a specified date not longer than ninety (90) days after such adjournment. Notice of such adjournment must be given to Associate Members not present in person at any such meeting. A quorum must be present during a meeting in order to transact any business.

Dated as of January 30, 2025

BEING ALL OF THE BOARD OF
DIRECTORS OF THE COMPANY

Exhibit 3

KDHX_000938

Exhibit 3

KDHX_000939