ARTICLES OF INCORPORATION

OF

DOUBLE HELIX CORPORATION
_____

We, the undersigned, being neutral persons of the age of twenty-one years or more and citizens of the United States of America, for the purpose of forming a corporation under the " General Not For Profit Corporation Law" of the State of Missouri, do hereby adopt the following Articles of Incorporation:

ARTICLE I

The name of the corporation is:  Double Helix Corporation.

ARTICLE II

The purpose for which the corporation is credited are:

(1)  the establishment and operation exclusively for educational purposes of one or more noncommercial educational radio broadcasting stations licensed by the Federal Communication Commission and subject  in its or their operation to the regulatory actions of the Commission under the United States Communications Act of 1934, United States Code Title 47, Section 151,et seo, as hereto or hereafter amended; (2) the creation, production ,sponsorship, underwriting, recording, presentation, broadcast and distribution, of exclusively educational materials and programs, including, but without limiting to the generality of this purpose, exclusively educational matter, materials and programs of an artistic, civic, cultural, entertaining, instructional, religious or scientific nature. (3)  the support, sponsorship and implementation of such other exclusively educational activities as are consistent and desirable with the implementation of the foregoing purposes &/ (4)  the support sponsorship and implementation of such charitable activities as ate consistent and desirable with the implementation of  of the foregoing purposes. The words "exclusively" "educational" and "charitable" and their correlatives wherever used in these articles are hreby limited to th meanings which they have in the  United States Internal Revenue Code of 1954, Section 501 © (3) and 170 © (2) as heretofore or hereafter amended, or a found in any future corresponding or otherwise applicable United States Internal  Revenue Act.

ARTICLE III

The Corporation shall be of perpetual duration.

ARTICLE IV

The names of the incorporators and their respective addresses are:

| Laura E. Hopper | 4285 Olive Street | St Louis, Mo   63108 |
| Dana L. McRoberts | 6036 McPherson | St. Louis, Mo   63112 |
| John B. Shewmaker | 4907 Pershing Place | St. Louis, Mo   63108 |
| Leonard Slatkin | 10016 Sakura Dr | St. Louis, Mo   63128 |

Exhibit 6

ARTICLE V

The board of directors shahll be four in number, their names and respective addresses being as follows:

| Laura E. Hopper | 4285 Olive Street | St. Louis, Mo. | 63108 |
| Dana L. McRoberts | 6036 McPherson | St. Louis, Mo | 63112 |
| John B. Shewmaker | 4907 Pershing Place | St Louis, Mo | 63108 |
| Leonard Slatkin | 10016 Sakura Drive | St. Louis, Mo | 63128 |

ARTICLE VI

The addresses of the initial registered office of the corporation in the state of Missouri is 4285 Olive Street, St. Louis, Mo 63108 and the name of the initial registered agent of the corporation at such address is Laura E. Hopper.

ARTICLE VII

The corporation may have one or more classes of members.  The designation of and such class or classes and the qualifications and rights of the members if each class shall be as provided by the bylaws.

The number of directors, their qualifications and their terms of office shall be as provided from time to time by the bylaws.

ARTICLE VIII

No part of the income, net earnings of property of the corporation shall inure to the benefit of or be distributable to its members, if any, its directors or officers or other persons, except that the corporation  may pay reasonable compensation for services rendered and may make payments and distributions in furtherance of the purposes set forth in Article II hereof, and except that any distribution upon dissolution of the corporation or final liquidation of property and assets shall be as provided in Article IX hereof.

No substantial part of the activities of the corporation shall be the carrying on of  propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in ( including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.

Notwithstanding any other provision of the Articles, the corporation shall not engage in any activity not permitted to be carried on either by  (a) by a corporation exempt from income tax, (or from the general applicability thereof) under Section 501 (c) (3) of the United States Internal Revenue Code or 1954, as heretofore or hereafter amended, or under corresponding or otherwise applicable provisions of any future Unites States Internal Revenue Act, or  (b) by a corporation, contributions to which are deductible by the contributor Under Section 170 (c) (2) of the  United States Internal Revenue Code of 1954, as hereto amended, or deductible under corresponding  or otherwise applicable provisions of any future United States Internal Revenue Act, and, in particular, without in any way limiting generality of the foregoing prohibition, the corporation shall:

(I) distribute its income for each taxable year at such time and in such manner as not to become subject to tax on undistributed income imposed by Section 4942 of the internal Revenue Code of 1954 or any corresponding or otherwise applicable provision of any future United States Internal Revenue Act.

(II) not engage in any act of self dealing as defined in Section 4941 (2) of the Internal Revenue Code of 1954 or as prohibited by corresponding or otherwise applicable provisions of any future Internal Revenue Act.

(III) not retain any excess business holdings as defined in Section 4943 © of the Internal Revenue Code of 1954, or as prohibited by corresponding or otherwise applicable provisions  of any future Internal Revenue Act.

(IV) not make any investments in such manner as to subject the corporation to  tax  under Section 4944 of the Internal Revenue Code of 1954, or under corresponding or otherwise applicable provisions of any future United States Internal Revenue Act.

(V) not make any taxable expenditures as defined in Section 4945 (d) of the Internal Revenue Code of 1954, or as prohibited by corresponding or otherwise applicable provisions  of any future United States Internal Revenue Act.

Exhibit 6

## ARTICLE IX

If ever the corporation shall be dissolved or its affairs otherwise wound up or terminated, then in the process thereof, the assets of the corporation shall be applied and distributed as follows:

(1)  All liabilities and obligations of the corporation shall be paid, satisfied and discharged or adequate provision shall be made therefore.

(2)  Assets held by the corporation upon condition requiring return, transfer or conveyance, which condition occurs  by reason of dissolution or other termination in its affairs shall be returned, transferred or conveyed in accordance with such requirements.

(3)  Assets, together with any income therefrom remaining after the requirements of paragraphs (1) and (2) of this Article have been met, shall be distributed exclusively to a not for profit school , college or university or other not for profit educational  organization exempt from income tax, ( or the general applicability thereof) under Section 501 © (3) of the United States Internal Revenue Code of 1954, as heretofore or hereafter amended, or under corresponding or otherwise applicable  provisions of any future United States Internal Revenue Act.


END

Exhibit 6

CERTIFICATE OF AMENDMENT

OF THE ARTICLES OF INCORPORATION

OF

DOUBLE HELIX CORPORATION

_____

The undersigned corporation , for the purpose of amending its Articles of Incorporation pursuant to "the General Not For Profit Corporation Law" of the State of Missouri, hereby executes the following Certificate of Amendment:

1. The name of the corporation is Double Helix Corporation.
2. At the Annual Meeting of the Associate Members of Double Helix Corporation held the 18th (?) of February 1974, at which a quorum was present and acting throughout, the following Amendment to the Articles of Incorporation of the Double Helix Corporation was adopted by all the votes entitled to be cast by members present at the meeting:

AMENDMENT TO THE ARTICLES OF INCORPORATION

OF

DOUBLE HELIX CORPORATION

Article II of the Articles of Incorporation of Double Helix Corporation is amended to read as follows:

ARTICLE II

The purposes for which the corporation is organized are:  (1) the establishment and operation exclusively for one or more noncommercial educational radio broadcasting stations licensed by the Federal Communications Commission and subject in its or their operation to the regulatory action of the Commission under the United States Communications Act of 1934, United States Code Title 47, Section 151 et seo., as heretofore or hereafter amended;  (2) the establishment and operation exclusively for educational purposes of one or more  non commercial educational television stations licensed by the Federal Communications Commission and subject in its or their operation to the regulatory actions of the Commission under the United States Communications Act of 1934, United States Code Title 47, Section 151 et seo. , as heretofore or hereafter amended;  (3) the creation, production, sponsorship, underwriting, recording, presentation, ,broadcast and distribution of exclusively,  educational matter, materials and programs including but not limiting the  generality of this purpose, exclusively educational matter, materials and programs of an artistic, civic, cultural, entertaining, instructional, religious or scientific nature.  (4)  the support, sponsorship and implementation of such exclusively charitable activities as are compatible with the implementation of the foregoing purposes.  The words "exclusively", "educational", and "charitable" and their correlatives, wherever used in these  Articles are hereby  limited to the meanings  used in these Articles are hereby limited to the meanings they have in the United States Internal Revenue Code of 1954,  Sections 501 © (3) and 170 © (2), as heretofore or hereafter amended, or as found in any future corresponding  or otherwise applicable United States Internal Revenue Act.

Exhibit 6