# KDHX

## Profit and Loss

### October - December, 2021

|  | OCT - DEC, 2021 | TOTAL |
|---|---:|---:|
| Income |  |  |
| 4000 Individual Giving |  | $0.00 |
| 4050 Individual Donations | 261,565.73 | $261,565.73 |
| 4159 Car Donations | 32,488.82 | $32,488.82 |
| 4802 Corporate Matches | 143.98 | $143.98 |
| **Total 4000 Individual Giving** | **294,198.53** | **$294,198.53** |
| 4200 Institutional Funders |  | $0.00 |
| 4307 CPB-CSG Unrestricted | 51,346.00 | $51,346.00 |
| 4308 CPB-CSG Restricted | 18,617.00 | $18,617.00 |
| 4317 Local Agencies | 8,885.62 | $8,885.62 |
| 4320 State Agencies | 7,816.30 | $7,816.30 |
| **Total 4200 Institutional Funders** | **86,664.92** | **$86,664.92** |
| 4360 Underwriting Revenue |  | $0.00 |
| 4363 Business | 13,022.35 | $13,022.35 |
| 4365 Non-Profits | 31,602.73 | $31,602.73 |
| **Total 4360 Underwriting Revenue** | **44,625.08** | **$44,625.08** |
| 4440 Connections Revenue |  | $0.00 |
| 4470 Merchandise | 795.50 | $795.50 |
| 4510 Class Tuition | 2,183.19 | $2,183.19 |
| **Total 4440 Connections Revenue** | **2,978.69** | **$2,978.69** |
| 4800 Other Revenue |  | $0.00 |
| 4805 Misc. Income | 112.22 | $112.22 |
| 4808 Tower Rent | -1,000.00 | $ -1,000.00 |
| **Total 4800 Other Revenue** | **-887.78** | **$ -887.78** |
| **Total Income** | **$427,579.44** | **$427,579.44** |
| Cost of Goods Sold |  |  |
| 5000 Media Production Expenses |  | $0.00 |
| 5010 Audience Research | 1,680.00 | $1,680.00 |
| 5020 Production/Engineering Fees | 10,982.00 | $10,982.00 |
| 5040 Internet | 3,583.20 | $3,583.20 |
| 5044 Media hosting | 8,632.03 | $8,632.03 |
| 5060 Music Library and License Fees | 605.97 | $605.97 |
| 5062 R&M Equipment | 1,308.51 | $1,308.51 |
| 5064 Rent-Tower Site | 2,199.08 | $2,199.08 |
| 5066 Production Supplies | 290.26 | $290.26 |
| 5072 Small Equipment | -3,529.94 | $ -3,529.94 |
| 5074 Production Infrastructure | -11,317.52 | $ -11,317.52 |
| 5086 Utilities-Tower | 3,269.54 | $3,269.54 |
| **Total 5000 Media Production Expenses** | **17,703.13** | **$17,703.13** |

|  | OCT - DEC, 2021 | TOTAL |
|---|---:|---:|
| 5100 Donor Connections Expenses |  | $0.00 |
| 5120 Donor Cultivation | 1,306.19 | $1,306.19 |
| 5130 Direct Mailing | 4,442.68 | $4,442.68 |
| **Total 5100 Donor Connections Expenses** | **5,748.87** | **$5,748.87** |
| 5400 Underwriting Expenses |  | $0.00 |
| 5411 Commission | 2,893.74 | $2,893.74 |
| **Total 5400 Underwriting Expenses** | **2,893.74** | **$2,893.74** |
| 5500 Community Connections Expense |  | $0.00 |
| 5501 Artist | 1,000.00 | $1,000.00 |
| 5520 Marketing | 986.99 | $986.99 |
| 5523 Merchandise | 2,028.00 | $2,028.00 |
| 5527 Rent-FS | 4,652.49 | $4,652.49 |
| 5565 Instructors (deleted) | 5,350.00 | $5,350.00 |
| 5570 Volunteer Connections | 1,000.00 | $1,000.00 |
| **Total 5500 Community Connections Expense** | **15,017.48** | **$15,017.48** |
| **Total Cost of Goods Sold** | **$41,363.22** | **$41,363.22** |
| GROSS PROFIT | $386,216.22 | $386,216.22 |
| Expenses |  |  |
| 6000 General and Administrative |  | $0.00 |
| 6009 Consulting Fees | 6,000.00 | $6,000.00 |
| 6060 Financial-Bank Charges | 711.63 | $711.63 |
| 6065 Financial-Card Fees | 7,729.65 | $7,729.65 |
| 6170 Legal Fees | 669.60 | $669.60 |
| 6175 Office Expenses | 5,985.84 | $5,985.84 |
| 6194 Taxes & Licenses | -306.92 | $ -306.92 |
| **Total 6000 General and Administrative** | **20,789.80** | **$20,789.80** |
| 6600 Personnel |  | $0.00 |
| 6620 Donor Connections Personnel | 49,000.02 | $49,000.02 |
| 6630 Community Connections Personnel | 26,924.98 | $26,924.98 |
| 6635 Administrative Personnel | 11,108.32 | $11,108.32 |
| 6637 Volunteer Connections Personnel | 27,358.30 | $27,358.30 |
| 6690 Accrued Compensation Expenses | 26,791.17 | $26,791.17 |
| 6780 Payroll Taxes | 8,832.95 | $8,832.95 |
| 6785 Employee Benefits | 16,755.14 | $16,755.14 |
| 6790 Team Training & Growth | 3,754.95 | $3,754.95 |
| **Total 6600 Personnel** | **170,525.83** | **$170,525.83** |
| 6801 Facility | 6.86 | $6.86 |
| 6807 Property/Liability Insurance | 9,842.68 | $9,842.68 |
| 6830 R&M Building | 16,697.40 | $16,697.40 |
| 6840 Operating Lease Expense | 1,370.65 | $1,370.65 |
| 6880 Utilities | 5,833.45 | $5,833.45 |
| **Total 6801 Facility** | **33,751.04** | **$33,751.04** |
| **Total Expenses** | **$225,066.67** | **$225,066.67** |
| NET OPERATING INCOME | $161,149.55 | $161,149.55 |
| Other Expenses |  |  |
| 8700 Depreciation | 31,633.55 | $31,633.55 |

|  | OCT - DEC, 2021 | TOTAL |
|---|---:|---:|
| 9600 Interest Expense | 24,874.23 | $24,874.23 |
| **Total Other Expenses** | **$56,507.78** | **$56,507.78** |
| NET OTHER INCOME | $ -56,507.78 | $ -56,507.78 |
| NET INCOME | $104,641.77 | $104,641.77 |

# KDHX

## Profit and Loss

### October - December, 2022

|  | OCT - DEC, 2022 | TOTAL |
|---|---:|---:|
| **Income** | | |
| 4000 Individual Giving | | $0.00 |
| 4050 Individual Donations | 225,487.11 | $225,487.11 |
| 4159 Car Donations | 21,048.65 | $21,048.65 |
| 4802 Corporate Matches | 620.00 | $620.00 |
| **Total 4000 Individual Giving** | **247,155.76** | **$247,155.76** |
| 4200 Institutional Funders | | $0.00 |
| 4307 CPB-CSG Unrestricted | 55,222.00 | $55,222.00 |
| 4308 CPB-CSG Restricted | 19,594.00 | $19,594.00 |
| 4320 State Agencies | 9,393.60 | $9,393.60 |
| **Total 4200 Institutional Funders** | **84,209.60** | **$84,209.60** |
| 4360 Underwriting Revenue | | $0.00 |
| 4363 Business | 7,947.00 | $7,947.00 |
| 4365 Non-Profits | 32,760.00 | $32,760.00 |
| **Total 4360 Underwriting Revenue** | **40,707.00** | **$40,707.00** |
| 4440 Connections Revenue | | $0.00 |
| 4470 Merchandise | 2,618.59 | $2,618.59 |
| **Total 4440 Connections Revenue** | **2,618.59** | **$2,618.59** |
| 4800 Other Revenue | | $0.00 |
| 4805 Misc. Income | 56,298.76 | $56,298.76 |
| 4808 Tower Rent | 600.00 | $600.00 |
| **Total 4800 Other Revenue** | **56,898.76** | **$56,898.76** |
| **Total Income** | **$431,589.71** | **$431,589.71** |
| **Cost of Goods Sold** | | |
| 5000 Media Production Expenses | | $0.00 |
| 5010 Audience Research | 1,710.00 | $1,710.00 |
| 5020 Production/Engineering Fees | 8,825.00 | $8,825.00 |
| 5040 Internet | 3,102.00 | $3,102.00 |
| 5044 Media hosting | 14,061.28 | $14,061.28 |
| 5060 Music Library and License Fees | 576.00 | $576.00 |
| 5062 R&M Equipment | 3,508.36 | $3,508.36 |
| 5064 Rent-Tower Site | 1,772.67 | $1,772.67 |
| 5066 Production Supplies | 1,345.81 | $1,345.81 |
| 5072 Small Equipment | -1,977.84 | $ -1,977.84 |
| 5074 Production Infrastructure | 2,970.27 | $2,970.27 |
| 5086 Utilities-Tower | 6,383.74 | $6,383.74 |
| **Total 5000 Media Production Expenses** | **42,277.29** | **$42,277.29** |
| 5100 Donor Connections Expenses | | $0.00 |
| 5120 Donor Cultivation | 536.55 | $536.55 |
| 5130 Direct Mailing | 5,823.78 | $5,823.78 |

|  | OCT - DEC, 2022 | TOTAL |
|---|---:|---:|
| 5140 Consultant Fees | 3,250.00 | $3,250.00 |
| **Total 5100 Donor Connections Expenses** | **9,610.33** | **$9,610.33** |
| 5400 Underwriting Expenses |  | $0.00 |
| 5411 Commission | 2,650.20 | $2,650.20 |
| **Total 5400 Underwriting Expenses** | **2,650.20** | **$2,650.20** |
| 5500 Community Connections Expense |  | $0.00 |
| 5501 Artist | 1,500.00 | $1,500.00 |
| 5520 Marketing | 2,129.97 | $2,129.97 |
| 5523 Merchandise | 14,545.77 | $14,545.77 |
| 5527 Rent-FS | 985.33 | $985.33 |
| 5565 Instructors (deleted) | 5,700.00 | $5,700.00 |
| 5570 Volunteer Connections | 3,151.26 | $3,151.26 |
| **Total 5500 Community Connections Expense** | **28,012.33** | **$28,012.33** |
| **Total Cost of Goods Sold** | **$82,550.15** | **$82,550.15** |
| **GROSS PROFIT** | **$349,039.56** | **$349,039.56** |
| Expenses |  |  |
| 6000 General and Administrative |  | $0.00 |
| 6001 Accounting | 1,488.00 | $1,488.00 |
| 6009 Consulting Fees | 937.00 | $937.00 |
| 6060 Financial-Bank Charges | 436.46 | $436.46 |
| 6065 Financial-Card Fees | 7,526.72 | $7,526.72 |
| 6170 Legal Fees | 186.30 | $186.30 |
| 6172 Miscellaneous | 0.39 | $0.39 |
| 6175 Office Expenses | 1,859.78 | $1,859.78 |
| 6182 Printing G&A | 1,956.69 | $1,956.69 |
| **Total 6000 General and Administrative** | **14,391.34** | **$14,391.34** |
| 6600 Personnel |  | $0.00 |
| 6620 Donor Connections Personnel | 53,125.02 | $53,125.02 |
| 6630 Community Connections Personnel | 28,685.02 | $28,685.02 |
| 6635 Administrative Personnel | 11,650.02 | $11,650.02 |
| 6637 Volunteer Connections Personnel | 11,650.02 | $11,650.02 |
| 6690 Accrued Compensation Expenses | 1,958.67 | $1,958.67 |
| 6780 Payroll Taxes | 64,649.08 | $64,649.08 |
| 6785 Employee Benefits | 17,156.35 | $17,156.35 |
| 6787 Human Resources | 1,612.50 | $1,612.50 |
| 6790 Team Training & Growth | 7,012.32 | $7,012.32 |
| **Total 6600 Personnel** | **197,499.00** | **$197,499.00** |
| 6801 Facility |  | $0.00 |
| 6807 Property/Liability Insurance | 10,190.99 | $10,190.99 |
| 6830 R&M Building | 8,295.72 | $8,295.72 |
| 6840 Operating Lease Expense | 2,017.89 | $2,017.89 |
| 6880 Utilities | 10,035.57 | $10,035.57 |
| **Total 6801 Facility** | **30,540.17** | **$30,540.17** |
| **Total Expenses** | **$242,430.51** | **$242,430.51** |
| **NET OPERATING INCOME** | **$106,609.05** | **$106,609.05** |

|  | OCT - DEC, 2022 | TOTAL |
|---|---:|---:|
| Other Income |  |  |
| 9500 (Gain)/Loss On Asset Disposal | -84,714.39 | $ -84,714.39 |
| **Total Other Income** | **$ -84,714.39** | **$ -84,714.39** |
| Other Expenses |  |  |
| 8700 Depreciation | 32,193.19 | $32,193.19 |
| 9600 Interest Expense | 24,002.76 | $24,002.76 |
| **Total Other Expenses** | **$56,195.95** | **$56,195.95** |
| NET OTHER INCOME | $ -140,910.34 | $ -140,910.34 |
| NET INCOME | $ -34,301.29 | $ -34,301.29 |

# KDHX

## Profit and Loss

### October - December, 2023

|  | OCT - DEC, 2023 | TOTAL |
|---|---:|---:|
| Income |  |  |
| 4000 Individual Giving |  | $0.00 |
| 4050 Individual Donations | 89,283.12 | $89,283.12 |
| 4159 Car Donations | 3,079.94 | $3,079.94 |
| 4802 Corporate Matches | 852.50 | $852.50 |
| **Total 4000 Individual Giving** | **93,215.56** | **$93,215.56** |
| 4200 Institutional Funders |  | $0.00 |
| 4307 CPB-CSG Unrestricted | 59,056.00 | $59,056.00 |
| 4308 CPB-CSG Restricted | 21,096.00 | $21,096.00 |
| 4320 State Agencies | 13,242.80 | $13,242.80 |
| **Total 4200 Institutional Funders** | **93,394.80** | **$93,394.80** |
| 4360 Underwriting Revenue |  | $0.00 |
| 4363 Business | 6,844.33 | $6,844.33 |
| 4365 Non-Profits | 22,653.25 | $22,653.25 |
| **Total 4360 Underwriting Revenue** | **29,497.58** | **$29,497.58** |
| 4440 Connections Revenue |  | $0.00 |
| 4470 Merchandise | 523.75 | $523.75 |
| **Total 4440 Connections Revenue** | **523.75** | **$523.75** |
| 4800 Other Revenue |  | $0.00 |
| 4808 Tower Rent | 600.00 | $600.00 |
| **Total 4800 Other Revenue** | **600.00** | **$600.00** |
| **Total Income** | **$217,231.69** | **$217,231.69** |
| Cost of Goods Sold |  |  |
| 5000 Media Production Expenses |  | $0.00 |
| 5020 Production/Engineering Fees | 6,045.00 | $6,045.00 |
| 5040 Internet | 2,247.00 | $2,247.00 |
| 5044 Media hosting | 12,703.40 | $12,703.40 |
| 5060 Music Library and License Fees | 576.00 | $576.00 |
| 5062 R&M Equipment | -4,857.68 | $ -4,857.68 |
| 5064 Rent-Tower Site | 1,886.31 | $1,886.31 |
| 5066 Production Supplies | 269.00 | $269.00 |
| 5072 Small Equipment | 18.52 | $18.52 |
| 5086 Utilities-Tower | 5,633.22 | $5,633.22 |
| **Total 5000 Media Production Expenses** | **24,520.77** | **$24,520.77** |
| 5100 Donor Connections Expenses |  | $0.00 |
| 5120 Donor Cultivation | 222.69 | $222.69 |
| 5130 Direct Mailing | 3,839.40 | $3,839.40 |
| **Total 5100 Donor Connections Expenses** | **4,062.09** | **$4,062.09** |

|  | OCT - DEC, 2023 | TOTAL |
|---|---:|---:|
| 5500 Community Connections Expense |  | $0.00 |
| 5501 Artist | 100.00 | $100.00 |
| 5520 Marketing | 3,329.94 | $3,329.94 |
| 5570 Volunteer Connections | 155.60 | $155.60 |
| **Total 5500 Community Connections Expense** | **3,585.54** | **$3,585.54** |
| **Total Cost of Goods Sold** | **$32,168.40** | **$32,168.40** |
| **GROSS PROFIT** | **$185,063.29** | **$185,063.29** |
| Expenses |  |  |
| 6000 General and Administrative |  | $0.00 |
| 6001 Accounting | 1,608.47 | $1,608.47 |
| 6060 Financial-Bank Charges | 210.76 | $210.76 |
| 6065 Financial-Card Fees | 9,198.73 | $9,198.73 |
| 6170 Legal Fees | 32,216.88 | $32,216.88 |
| 6172 Miscellaneous | 654.34 | $654.34 |
| 6175 Office Expenses | 3,480.51 | $3,480.51 |
| 6194 Taxes & Licenses | 1,861.64 | $1,861.64 |
| **Total 6000 General and Administrative** | **49,231.33** | **$49,231.33** |
| 6600 Personnel |  | $0.00 |
| 6620 Donor Connections Personnel | 51,916.69 | $51,916.69 |
| 6630 Community Connections Personnel | 33,574.98 | $33,574.98 |
| 6635 Administrative Personnel | 13,575.00 | $13,575.00 |
| 6637 Volunteer Connections Personnel | 32,325.00 | $32,325.00 |
| 6690 Accrued Compensation Expenses | 7,166.67 | $7,166.67 |
| 6780 Payroll Taxes | 9,804.54 | $9,804.54 |
| 6785 Employee Benefits | 14,052.00 | $14,052.00 |
| 6790 Team Training & Growth | 822.24 | $822.24 |
| **Total 6600 Personnel** | **163,237.12** | **$163,237.12** |
| 6801 Facility |  | $0.00 |
| 6807 Property/Liability Insurance | 20,445.32 | $20,445.32 |
| 6830 R&M Building | -15,007.88 | $ -15,007.88 |
| 6840 Operating Lease Expense | 2,084.88 | $2,084.88 |
| 6880 Utilities | 12,359.86 | $12,359.86 |
| **Total 6801 Facility** | **19,882.18** | **$19,882.18** |
| **Total Expenses** | **$232,350.63** | **$232,350.63** |
| **NET OPERATING INCOME** | **$ -47,287.34** | **$ -47,287.34** |
| Other Expenses |  |  |
| 8700 Depreciation | 36,943.25 | $36,943.25 |
| 9600 Interest Expense | 28,807.63 | $28,807.63 |
| **Total Other Expenses** | **$65,750.88** | **$65,750.88** |
| **NET OTHER INCOME** | **$ -65,750.88** | **$ -65,750.88** |
| **NET INCOME** | **$ -113,038.22** | **$ -113,038.22** |

# KDHX

## Profit and Loss
### October - December, 2024

|  | OCT - DEC, 2024 | TOTAL |
|---|---:|---:|
| Income | | |
|   4000 Individual Giving | | $0.00 |
|     4050 Individual Donations | 119,834.01 | $119,834.01 |
|     4159 Car Donations | 5,036.90 | $5,036.90 |
|   Total 4000 Individual Giving | 124,870.91 | $124,870.91 |
|   4200 Institutional Funders | | $0.00 |
|     4307 CPB-CSG Unrestricted | 54,923.00 | $54,923.00 |
|     4308 CPB-CSG Restricted | 21,169.00 | $21,169.00 |
|     4320 State Agencies | 16,915.02 | $16,915.02 |
|   Total 4200 Institutional Funders | 93,007.02 | $93,007.02 |
|   4360 Underwriting Revenue | | $0.00 |
|     4363 Business | 2,128.90 | $2,128.90 |
|     4365 Non-Profits | 12,945.00 | $12,945.00 |
|   Total 4360 Underwriting Revenue | 15,073.90 | $15,073.90 |
|   4440 Connections Revenue | | $0.00 |
|     4470 Merchandise | 260.86 | $260.86 |
|   Total 4440 Connections Revenue | 260.86 | $260.86 |
|   4800 Other Revenue | | $0.00 |
|     4808 Tower Rent | 600.00 | $600.00 |
|   Total 4800 Other Revenue | 600.00 | $600.00 |
| Total Income | $233,812.69 | $233,812.69 |
| Cost of Goods Sold | | |
|   5000 Media Production Expenses | | $0.00 |
|     5020 Production/Engineering Fees | 5,381.25 | $5,381.25 |
|     5040 Internet | 2,247.00 | $2,247.00 |
|     5044 Media hosting | 6,203.99 | $6,203.99 |
|     5060 Music Library and License Fees | 576.00 | $576.00 |
|     5064 Rent-Tower Site | 1,944.60 | $1,944.60 |
|     5072 Small Equipment | 1,020.82 | $1,020.82 |
|     5086 Utilities-Tower | 8,884.50 | $8,884.50 |
|   Total 5000 Media Production Expenses | 26,258.16 | $26,258.16 |
|   5100 Donor Connections Expenses | | $0.00 |
|     5120 Donor Cultivation | 273.70 | $273.70 |
|     5130 Direct Mailing | 87.60 | $87.60 |
|   Total 5100 Donor Connections Expenses | 361.30 | $361.30 |
|   5500 Community Connections Expense | | $0.00 |
|     5520 Marketing | 1,034.97 | $1,034.97 |
|     5570 Volunteer Connections | 487.06 | $487.06 |
|   Total 5500 Community Connections Expense | 1,522.03 | $1,522.03 |
| Total Cost of Goods Sold | $28,141.49 | $28,141.49 |
| GROSS PROFIT | $205,671.20 | $205,671.20 |

|  | OCT - DEC, 2024 | TOTAL |
|---|---:|---:|
| Expenses |  |  |
| 6000 General and Administrative |  | $0.00 |
| 6001 Accounting | 1,657.20 | $1,657.20 |
| 6009 Consulting Fees | 3,764.30 | $3,764.30 |
| 6060 Financial-Bank Charges | 405.03 | $405.03 |
| 6065 Financial-Card Fees | 4,805.71 | $4,805.71 |
| 6170 Legal Fees | 1,044.80 | $1,044.80 |
| 6175 Office Expenses | 3,830.99 | $3,830.99 |
| 6194 Taxes & Licenses | 471.25 | $471.25 |
| **Total 6000 General and Administrative** | **15,979.28** | **$15,979.28** |
| 6600 Personnel |  | $0.00 |
| 6620 Donor Connections Personnel | 45,892.85 | $45,892.85 |
| 6630 Community Connections Personnel | 28,983.75 | $28,983.75 |
| 6637 Volunteer Connections Personnel | 11,814.80 | $11,814.80 |
| 6780 Payroll Taxes | 6,304.64 | $6,304.64 |
| 6785 Employee Benefits | 10,793.88 | $10,793.88 |
| 6790 Team Training & Growth | 298.63 | $298.63 |
| **Total 6600 Personnel** | **104,088.55** | **$104,088.55** |
| 6801 Facility |  | $0.00 |
| 6807 Property/Liability Insurance | 22,485.62 | $22,485.62 |
| 6830 R&M Building | 524.54 | $524.54 |
| 6840 Operating Lease Expense | 2,265.74 | $2,265.74 |
| 6880 Utilities | 6,901.66 | $6,901.66 |
| **Total 6801 Facility** | **32,177.56** | **$32,177.56** |
| **Total Expenses** | **$152,245.39** | **$152,245.39** |
| **NET OPERATING INCOME** | **$53,425.81** | **$53,425.81** |
| Other Expenses |  |  |
| 8700 Depreciation | 28,200.00 | $28,200.00 |
| 9600 Interest Expense | 11,626.67 | $11,626.67 |
| **Total Other Expenses** | **$39,826.67** | **$39,826.67** |
| **NET OTHER INCOME** | **$ -39,826.67** | **$ -39,826.67** |
| **NET INCOME** | **$13,599.14** | **$13,599.14** |