

**Cara Spencer**
51m

The value of KDHX to the St. Louis arts and small business community cannot be overstated. The recent news that the board has resolved to sell both the radio license and tower to an out-of-town conglomerate is deeply concerning.

The purpose of a Chapter 11 bankruptcy is to reorganize, not liquidate the primary asset of the organization. Without the radio license and tower, KDHX will be hard-pressed to achieve its stated not-for-profit purpose.

I am concerned that an internet-based platform will not serve the community in the way a fully functioning broadcast station has in the past and will again in the future if KDHX is reorganized.

I firmly believe that St. Louis possesses the necessary resources to reorganize and sustain KDHX as an independent community radio station, rather than just sell its major assets leaving a hole in our community.

I urge the board of KDHX to postpone the confirmation of a sale for a period of at least 45 days in order to allow for the development and emergence of a community-driven financial alternative and reorganization of KDHX.

Exhibit 9